# EXHIBIT A





























