# Exhibit K



# ILP Manual

## Pasco Sheriff's Office

Revised 1/7/2016

# Foreword

"Improvise, Adapt, and Overcome" is a mantra engrained in organizations that constantly address complex situations and then develop solutions to be successful. Since the Pasco Sheriff's Office implemented Intelligence Led Policing (ILP) in 2011, we have continuously been in the process of improvising, adapting, and overcoming to consistently create positive results in our operations.

Early on, we learned that processes in ILP must continuously adapt as the nature of crime and the threats to our community change rapidly. What may have worked yesterday, may not work as well today, and will be ineffective tomorrow. We know that we must consistently look and create best practices to address issues, design guidelines that will allow for innovative and creative solutions, and utilize intelligence and information to help us make the best decisions.

An element of success is innovation. It is the ability of our members and citizens to be able to develop strategies to address emerging issues, formulate a plan, and quickly implement it. Speed is critical to success and bureaucratic processes that delay implementation must be overcome. To allow innovation to flourish, we must be brilliant at the basics and in our operations. There should be standard procedures in place to address the issues we routinely face. Once we instinctively handle common issues, we can flourish in innovation on how to proactively address future concerns before they arise.

Communications between our members and citizens is also a key component to success. Through crime prevention measures or just simple open dialogue of crime in the community, we can work together to find solutions. If we do not provide our citizens information, they will receive it another way that may not be factually accurate. Communication through technology is rapid and our law enforcement agency should be the first to inform the public of emerging issues, how to protect themselves, and how we are serving them. If we do not communicate the message to our citizens, someone else will.

One of the most important elements to success is our members understanding and believing in the mission along with valuing their input. Every member of this agency should be able to answer the question: Why? Why do we operate the way we do? Why do we follow the doctrines of intelligence-led policing? Why am I important to the process? When a member of this organization can answer the "why" they will then proceed with: How can I make us better? Our philosophy is not just a "saying", it is our business model. It is imperative that supervisors understand our model and continuously teach it and allow feedback on how we can improve it.

The process of intelligence-led policing will continue to change as threats emerge, technology advances, and innovation leads to new processes to address issues. We will continue to improve and this living document will continue to transform. When we see a new crime trend developing, a bureaucratic issues getting in the way of progress, or a quality of life issue affecting our citizens, we will find a way to improvise, adapt, and overcome. This is the foundation of continuous process improvement and of how our organization should operate.

Chris Nocco, Sheriff
Pasco Sheriff's Office
We Fight As One

# Section One:  An Overview of Intelligence-Led Policing (ILP)

There are many approaches to law enforcement that have been implemented in various agencies throughout the country. Each law enforcement executive had a reason why he or she chose a particular philosophy. Whether in response to a specific need or to help receive available grant money, each philosophy has its own strengths and weaknesses. One of the benefits of Intelligence-led Policing is that it embraces the best aspects of other philosophies into one business model.

In his book bearing the same name, Dr. Jerry Ratcliffe, one of the foremost authorities on the topic, defines Intelligence-led Policing or ILP as "a business model and managerial philosophy where data analysis and crime intelligence are pivotal to an objective, decision-making framework that facilitates crime and problem reduction, disruption and prevention through both strategic management and effective enforcement strategies that target prolific and serious offenders." (Ratcliffe, 2008)

While ILP represented a paradigm shift in the focus or approach to law enforcement, it is not a complete departure from existing successful practices, as mentioned. Rather, it is a new approach to policing that utilizes the most effective aspects of existing policing models such as the traditional policing model, community oriented policing and problem oriented policing to achieve goals of crime reduction. To gain a better understanding of ILP and how it differs from other established models, Table 1.1 illustrates five well known policing models and their unique characteristics. ILP embraces a "top down" management approach to determine priorities through extensive use of intelligence analysis with additional prioritization on prolific offenders and problem areas. The model depends on analyzing information gathered from a multitude of sources at every level of the agency to create useful and actionable intelligence. ILP embraces a "top down" management approach to determine priorities through extensive use of intelligence analysis with additional prioritization on prolific offenders and problem areas. The model depends on analyzing information gathered from a multitude of sources at every level of the agency to create useful and actionable intelligence.

Table 1.1 (Ratcliffe, 2008)

**Supervisory Expectations:**
The intelligence-led policing philosophy in place in our agency has a proven track record of success. Like any successful initiative, ILP will remain successful only if it remains flexible and adaptable to change and is supported by leaders within the organization. Though by design ILP is

a top-down management philosophy, the most important leaders in this process are our sergeants and lieutenants.

# Section Two:  Core Components of ILP

## Prolific Offender Identification

A small minority of offenders commit significant amounts of crime. Identifying and targeting these "prolific" offenders is a central strategy in ILP and may be the best way to use our scarce police resources. Some studies show 6% of the criminals commit 60% of the crime and others point to 20% of the criminals committing 80% of the crime. Regardless, with limited resources, it is incumbent on us to focus our efforts on those criminals who we have reason to believe are frequent or prolific offenders.

As new information is learned, it is important to share this information with investigators and the analysts in the ILP Section.

While a standardized definition of a "Prolific Offender" helps align our agency's strategy, it is important to recognize that crime and criminals are ever-changing and no definition written can capture every type of situation. Criminal events such a violent crime spree or serial rapist for example may necessitate temporary realignment of focus.

Pasco Sheriff's Office Definition of a Prolific Offender:
*A person of any age who meets or exceeds a threshold calculated by weighting their three year history in Pasco County, Florida of arrests and suspicions for burglary, theft, narcotics violation, robbery, and/or any other forcible felony. A prolific offender must have been arrested at least once.*

Offenders in Pasco will be considered to be "prolific" based on the frequency and types of offenses they have committed or are suspected of having committed.  These offense types include burglaries, thefts, narcotics violations, and forcible felonies. The time since their most recent offense, and the age of the offender are also factored into the definition.

## Limitations:
To maintain a reasonable focus, other crimes such as negligent abuse and fraud are not used to identify prolific offenders.  Some prolific offenders will have only burglary offenses, while others will have mainly robberies or narcotics.

## Offenders:
Offenders often follow trajectories of activity and eventually "age out" due to maturity or personal circumstances.  To account for this, age and time since the most recent offense are factors which diminish the potential for an individual to reoffend.

## Source data:
The definition of a prolific offender will be based solely on information in the Records Management

System (RMS). While offenders may have committed offenses in other jurisdictions, or for which they were not suspected, using RMS data will allow for a quarterly snapshot of verifiable crime. Robberies, burglaries, auto burglaries, and motor vehicle thefts make up the "Big-4" in Pasco. To this definition, all other thefts, narcotics violations, and all other forcible felonies have been added.

**Offenses:**

Being arrested or being entered as a suspect both contribute to the definition of a prolific offender. A prolific offender must, by definition, have been arrested at least once. This requirement is to avoid unjustified identifications such as an irate neighbor causing an individual to be the suspect in numerous cases which never lead to an arrest.

**Predictability:**

Identification as a prolific offender does not guarantee that the individual will reoffend. The relationship is merely a correlation between past and present behavior which may or may not predict future behavior.

**Timeframe:**

In studies of the PSO RMS offense information, three or four years of historical data allowed for the best predictor of future offending. The accuracy was highest for predictions extending out for six or nine months. Three years of history are used in the PSO definition.

**Selection:**

To be selected as a potential prolific offender, the individual must meet at least one of the following criteria:

1. Arrested for at least one forcible felony (due to the potential or inherent violence),
2. Arrested for at least three burglaries, thefts or narcotics violations,
3. Arrested for at least two burglaries, thefts or narcotics violations with at least two additional suspicions, or Offenders are qualified for selection using a minimum set of criteria and then scored and ranked to identify which are prolific offenders.
4. Arrested for at least one burglary, theft or narcotics violation with at least four additional suspicions.

Once selected, individuals are scored and ranked by the number and severity of offenses committed, age, and inactivity since the most recent offense.


**Prolific Offender Scoring:**

The scoring is based on the same types of offenses as is the selection process, but multiple arrests on the same day are compressed into a single arrest. The scoring is totaled as follows:

1. 4 points for each forcible felony arrest,
2. 2 points for each forcible felony suspicion,
3. 2 points for each burglary, theft, or narcotics violation arrest, and

4. 1 point for each burglary, theft or narcotics violation suspicion.

This total score is then reduced for both aging offenders and those who have not offended recently.

The score is reduced by one percent for each year the offender has aged over twenty. The score is further reduced by ten percent for each year since their most recent arrest. Individuals with at least nine points under these conditions are identified as Prolific Offenders according to the PSO definition.

**Examples of Prolific Offender Calculations:**
The following four examples show how prolific offenders are identified (the names have been changed):

1. Ari Haswari (11/17/1983) during the past four years was arrested for 19 offenses from the burglaries, thefts, and narcotics violations category (most recently a year ago). His 38 points are reduced by ten percent for the one year of inactivity and by 12% due to his age of 32. His modified score is 30.4, well over the 9.00 needed to identify him as a prolific offender.

2. René Benoit (03/06/1996) was arrested for one forcible felony and eight other considered offenses. His most recent arrest was two and a half years ago and he is under twenty years old. His unmodified score is four points for the robbery and sixteen points for the other offenses for a total of twenty points. This score is reduced by 25% because of his two and a half years of inactivity. His age is under twenty, so there is no age modifier. His modified score is 15.0 (over 9.00) so his is also identified as a prolific offender.

3. Nikki Crawshaw (11/11/1988) had one forcible felony arrest and three other arrests for an unmodified score of 10. Her most recent arrest was the prior month and her score is reduced by six percent due to her age of 26. The resulting modified score is 9.4, so she is identified as a prolific offender.

4. Tiffany Chase (12/27/1974) had six burglary, theft and robbery arrests for an unmodified score of 12. However, due to a year and a half of inactivity and age, her modified score is 7.9. She is not identified as a prolific offender.

**If an individual is NOT considered a Prolific Offender by ILP:**
If an individual has not been identified as a Prolific Offender by ILP because of a limitation in criminal history, RMS data, or any other indicator, the following Prolific Offender definition may apply:

A person of any age with 7 or more verifiable instances of criminal activity related to residential burglary, auto burglary, grand theft auto and forcible felonies within a three year period.

**Performance Expectations:**

- Learn as much as possible about prolific offenders in their assigned area to include their acquaintances, vehicles, locations frequented, previous M.O. for offenses, documenting accordingly, vehicles owned, etc.
- Maintain knowledge and situational awareness of probationers in the area.
- Develop and maintain rapport with investigative units.
- Provide timely documentation of contact with offenders via reports, tips, etc.
- Strive to identify those people who may be prolific offenders and are not already identified through other means. Draw from calls for service, investigations, information obtained from citizens or informants, reading morning reports and other products disseminated by ILP, and participating in actionable intelligence meetings to identify offenders who you commonly deal with and who are responsible for crime trends within your assigned area and communicate these individuals to ILP.

**Supervisory Expectations:**
- Ensure and reinforce subordinate's knowledge of prolific offenders within area of responsibility through roll call briefings, small group intelligence sharing, etc.
- Manage the process of prolific offender monitoring through effective strategies that do not create unnecessary redundancy. Example: While all deputies within an assigned area should have situational awareness of the prolific offenders in their area, only one deputy per platoon should be specifically responsible to monitor a specific offender. Otherwise, a deputy could knock on the offender's door at 8 am and another deputy could stop by at 9 am. This is not the most effective use of time and it is the supervisor's responsibility to prevent it from happening. By ensuring that all contacts are properly memorialized, this can be prevented.

## Management of Crime and Disorder Hotspots

The research overall strongly supports the position that hot spots policing can have a meaningful effect on crime without simply displacing crime-control benefits to areas nearby. In Pasco County, areas we have designated as part of the Strategic Targeted Area Response (STAR) are locations where crime is persistently dense over an extended period of time. Generally, each STAR area accounts for 20-25% of the total amount of auto burglaries, burglaries, auto thefts and robberies for that district.

## Performance Expectations:
- Learn the location of the STAR for your assigned district.
- Strive to gain understanding of the STAR with a focus on whether the problem is due to the location, offender, or victim and the opportunity being seized by the offender.
- Develop knowledge of offenders living or frequenting the area.
- Develop and maintain rapport with deputies assigned to the STAR.
- Use Crimereports.com, One Solution and other available resources to remain abreast of existing and emerging crime trends in your area. If you continuously respond to the same location, try to identify the underlying cause of the problem and what options are available to adequately address the issue to prevent future calls. Think outside of the box and not every solution needs to be a law enforcement solution. There may be other

services or agencies throughout the county that may be able to assist with addressing the issue. Law Enforcement may just need to be the impetus to bring about a solution to the problem.

### SARA Problem Solving

An effective means to assess known problems and problem areas is the use of the SARA model, which stands for scanning, analysis, response and assessment. This is a valuable tool to use when assigned to address a specific issue or problem in the community. To have an impact on crime, it is necessary to *reduce, prevent* or *disrupt* criminal activity. The most effective approach to law enforcement is an integrated strategy that combines some of the benefits of problem-oriented policing with the targeted and objective approach of proactive policing and Intelligence-Led Policing.

**Scanning** is where the problems are identified. This involves looking at data, talking to people, and observing the community in order to identify, define, consolidate and prioritize the problem.

**Analysis** involves studying the problem to determine if it deserves concerted attention and, if so, trying to develop accurate descriptions and explanations. The analysis step is the heart of the SARA Model. Human nature is to go from the identification of a problem to a response to the problem without knowing everything there is to know about the problem and with even less analysis of this information.

**Response** involves searching for a wide range of solutions and choosing and implementing the ones with the most promise.

**Assessment** involves collecting data after the response to determine if the problem has been eliminated or at least reduced. If success has not been achieved, then further analysis and a different set of responses may be needed. This stage is often forgotten or people get so committed to the solution they designed that they are reluctant to go back to the drawing board.



Figure 1:
**Problem-Solving Triangle www.popcenter.org**

If it is a "place" problem, try to identify what about the place is attracting crime. Try to determine what location and conditions are present at the time of each crime and what threads may connect the incidents? Once these causal factors are determined implement preventative measures that will reduce the potential for crime by adding appropriate "controls" that increase the risk of detection and apprehension. . For example, if there are numerous foreclosed houses in the area in disrepair, work with Code Enforcement to address. Determine if the crimes are occurring along frequently traveled routes that criminal may use and determine if there are opportunities to alter or impact these paths.

If it is a "victim" problem, consider marketing campaigns directed at the residents/businesses outlining what they can do to mitigate their potential for victimization. Examples include flyers, electronic signage, community meetings, newsletters, etc. If a number of cars were burglarized, all of which were unlocked, or illegally parked on a street, consider an educational campaign throughout the community using crime prevention materials, social media, and citizen contacts. Be sure to have a coordinated effort that is approved by your District Commander to guard against duplication of efforts.

**Performance Expectations:**
- Focus on each individual step in the SARA process separately.
- Determine the impact of the problem on society.
- Break down the problem into smaller questions as part of the analysis process such as: "Why is it happening here and not somewhere else?" "How long has it been happening and why did it start?" "Will the problem recur or return once law enforcement leaves?" Will you eliminate, reduce, displace, prevent, or do something else with the problem?
- Be sure to consider all options. Even options that are not plausible as a whole may have aspects that are worth considering.

- Focus on the outcome achieved during your assessment. Do not focus merely on outputs or how much work was put into the problem.

**Supervisory Expectations:**
- Maintain an excellent working knowledge of the STAR within your area that goes beyond the geographic boundaries of the STAR.
- Know which crimes are causing the hotspot to occur within the STAR.
- Know time of day, day of week (TODDOW) and MO patterns that are existing within the STAR and coordinate with the STAR supervisors to address those issues specifically.

**Application of Preventative Measures**

Crime prevention is the key to long-term crime control but greater crime prevention can also improve our ability to bring serious and prolific offenders to justice. Prevention is vitally important to any Intelligence-Led Policing agency. Recognizing patterns and working to disrupt those patterns though public awareness efforts can occur in many forms. From increased tactical patrol of high crime areas to community meetings to elaborate community events to social media postings, all members should innovatively and collaboratively focus on preventing future crime from occurring.

Traditionally law enforcement executives (decision makers) have not maintained a great deal of enthusiasm for crime prevention. The majority of law enforcement management policies tend to stress a bias for enforcement action [solely] as a first step in controlling criminal activity and little attention is given to instituting mechanisms that would promote crime prevention or reduction. The Pasco Sheriff's Office embarked on a paradigm shift by utilizing the Intelligence-Led Policing model to achieve a holistic and layered approach to crime control, prevention, and reduction. Ratcliffe cites crime prevention as the key to achieving meaningful long-term crime reduction and when institutionalized, crime prevention can also be a catalyst for improving an agency's ability to bring serious and prolific offenders to justice. Prevention is a vitally important, yet often overlooked, component of the Intelligence-Led Policing management model that must be implemented by any agency desiring to achieve meaningful crime control.

The overwhelming majority of crime occurring in the United States is that of opportunity based offenses in which crime prevention can play a role in reduction and displacement. Recognizing crime patterns and working to disrupt those patterns is a key to crime reduction. Likewise, identifying attractive targets (present or future crime victims) and instituting mechanisms intended to improve the environments capacity to displace opportunistic offenders can also lead to a reduction. The success of these prevention measures may be realized through a variety of means. This may involve the training and education of law enforcement personnel in modern crime prevention techniques and principles such as Crime Prevention Through Environmental Design (CPTED) that address crime control in both the social and built environments. Public awareness efforts can also be helpful and may occur in many forms. This may include the use of business and community meetings, webinars, social media, and community based training initiatives. Other forms may entail increased tactical patrol of high crime areas with a layered approach to crime control that encompasses enforcement, education, and empowerment (prevention). How does this all fit together? While crime prevention is a stated aim of

intelligence led policing, the focus on prolific offenders reduces crime if the correct "four of five offenders that find themselves incarcerated are responsible for a significant portion of the 1,000 crimes committed". Prevention further benefits by disrupting the activities of prolific offenders. (Ratcliffe).

**Performance Expectations:**
- Examine trends in your respective area of assignment and try to determine what opportunity the criminal is exploiting and plan prevention efforts accordingly. Crime patterns will relate to an "offender, place, or victim" problem.
- If it is an offender problem and there are no commonalities among the victims, pursue opportunities to strategically patrol the area during opportune times, visit prolific offenders in area, etc.
- If it is a place problem, try to identify what about the place is attracting crime and take appropriate measures. For example, if there are numerous foreclosed houses in the area in disrepair, work with Code Enforcement to address. Determine if the crimes are occurring along frequently traveled routes that criminal may use and determine if there are opportunities to alter or impact these paths.
- If it is a victim problem, consider marketing campaigns directed at the residents/businesses outlining what they can do to mitigate their potential for victimization. Examples include flyers, electronic signage, community meetings, newsletters, etc.
- Be sure to have a coordinated effort that is approved by your District Commander to guard against duplication of efforts.

**Supervisory Expectations:**
- Look for opportunities to be proactive and lead. This is a tremendous opportunity for supervisors to provide lasting problem solving options beyond merely arresting people. Supervisors should recognize this is historically an area where deputies have limited experience and expertise. The results may not be immediately apparent or even effective.
- It is incumbent on supervisors to look at a problem holistically and not limit the focus solely on enforcement. Recognize as a problem solver it is possible to make many arrests and be unsuccessful and it is possible to make no arrests and be entirely successful. The goal is to reduce crime and fear.
- Seek to determine the root cause of each issue and how to prevent it from recurring.
- Remain resourceful and make evidence-based decisions after referring to successful options as found in popcenter.org or other internal agency initiatives.
- Track the successes or failures of each initiative for which you are responsible through statistical comparative analysis. The ILP Section can be of tremendous value in this area.

**Effective Communication**
Inter-agency and intra-agency communication is a crucial component of the Pasco Sheriff's Office ILP Model. The elimination of "information silos" is an important first step and is in lock step with the *Intelligence Reform and Terrorism Prevention Act of 2004* (National Counter Terrorism Center, 2004) and the National Criminal Intelligence Sharing Plan (US Department of

Justice, 2003). "Information silo" is a term used throughout many business and governmental settings that refers to management systems incapable of reciprocal operation with other, related information systems.

Moreover, it is an attitude found in some organizations that occurs when several departments or groups do not want to share information or knowledge with other individuals in the same company.

Information silos are counter-productive to ILP and in stark contrast to our operational approach of "We fight as one." Therefore, it is incumbent on every member to make a concerted effort to share information regularly with members of other units as part of a formal and informal process.

Example #1:  Property crimes detectives should seek and share narcotics information with Narcotics detectives and vice versa. Patrol deputies should seek additional information from contacts on unrelated crimes. Example #2:  After completing an investigation on a loud music call, deputies should use the opportunity to ask the complainant about crimes occurring in that area.

While sharing information is important, there are certain types of information that are sensitive and should remain confidential for officer safety and to protect the integrity of an investigation.

**Performance Expectations:**
- On every call for service, investigate and document thoroughly. Once complete, prior to leaving ask the persons interviewed if they have information about any other crime they may want to share about offenders or offenses occurring in the area. (Use judgment when pursuing this opportunity. Victims/witnesses of many crimes may be too emotional to offer information or may feel you are being dismissive of their original complaint.)
- While transporting arrestees to jail, develop a rapport with the arrestee. If he or she has invoked Miranda, do not ask any questions about their crime whatsoever. However, you may ask them if they know of other crimes committed by other people. Document accordingly. Small pieces of information gathered this way has proven to be helpful toward solving crimes.
- Maintain situational awareness of your assigned area. Know the offenders, crime prone places and trends. As you gain information share it on a wide platform with your district and with ILP Analysts. While sharing with one detective is a good start, look for opportunities to share on a broader scale.

**Supervisory Expectations:**
- Time is not on your side! Once a crime of great significance or a trend, pattern or spree has been identified, supervisors are responsible for ensuring the proper stakeholders have the pertinent and necessary information to act accordingly. The swift, intentional notification of oncoming shifts, opposite sides of the schedule, neighboring agencies are crucial to effective communication.
- Sharing the results of successful (or unsuccessful) initiatives can lead to dramatically enhanced efficiency within the agency.
- Supervisors must maintain and must ensure deputies maintain effective situational awareness of crime trends and offenders within their area of responsibility.



## Section Three:  The Intelligence Cycle

The intelligence cycle is the process of developing unrefined data into polished intelligence for the use of command staff. While there are many versions of the intelligence cycle, the cycle articulated by the FBI best matches the philosophy and model of the Pasco Sheriff's Office. The

intelligence cycle consists of the six steps, described below. The above graph shows the circular nature of this process, although movement between the steps is fluid. Intelligence uncovered at one step may require going back to an earlier step before moving forward.

## Requirements

Requirements are identified information needs—what we must know to apprehend criminals, disrupt criminal patterns and prevent crime. Intelligence collection requirements are derived from many sources such as a detective requesting more information from a neighborhood experiencing daytime burglaries or a deputy requesting FIRs on any person riding a blue bicycle in a certain location on a certain day of week.

### Performance Expectations:
- Relative to the "Offender, Place, Victim" try to determine what is causing problems and what we do not know that we need to know. Go beyond just "Who is doing the crime."

### Supervisory Expectations:
- Supervisors must lead this process.
- Determine what you don't know that you need to know work closely with the ILP Section to observe year over year, month over month trends and patterns.
- Through enhanced communications, ensure that a duplication of efforts do not occur such as two platoons working on obtaining the same information.

## Planning and Direction

Planning and Direction is management of the entire effort, from identifying the need for information to delivering an intelligence product to a consumer. This step also is responsive to the end of the cycle because current and finished intelligence, which supports decision-making, generates new requirements. In the Pasco Sheriff's Office ILP environment, planning and direction is the responsibility of command staff acting on the needs of the county, crime trends and data provided by the ILP Section.

### Supervisory Expectations:
- Though a top-down approach, supervisors below the command staff ranks must still plan accordingly.
- Supervisors should regularly provide command staff with ideas to address emerging and existing threats.
- Supervisors must remain abreast and knowledgeable of successful former initiatives and response plans for a variety of crime situations to help operationalize current command staff initiatives.

**Collection**

Collection is the gathering of raw information based on requirements. Activities such as interviews, technical and physical surveillances, tip submissions, FIRs, and developing positive work relationships with community groups are examples of collection of intelligence.

**Performance Expectations:**
- Review the collection requirements and develop a strategy and tactics to gather and submit the information.
- Gathering information goes beyond generating large volumes of tip submissions and FIRs. One high quality tip or FIR is more valuable than hundreds of tips of limited value.
- Focus on developing rapport with citizens in crime prone areas.
- Solicit information from inmates during booking and classification processes.
- Solicit information from Pasco County residents who call into the jail by asking if they are aware of any illegal activities going on in their neighborhoods.
- Document and photograph scars, marks, and tattoos into RMS for use in investigative purposes.
- Document as much information as possible into RMS during arrest and booking while assuring a master name record that is unique without any duplication.
- Use ILO and IPS to regularly solicit information.
- Awareness of detention deputies to listen for discussions between inmates that may spur additional conversations and information.

**Supervisory Expectations:**
- Supervisors need to play a leading role in the collection process by placing a great emphasis on quality of information gathered.
- Develop a strategy for deputies to access and develop rapport with community members in the areas they serve.
- Ensure deputies are always seeking new sources of information to support the intelligence cycle.

**Processing and Exploitation**

Processing and Exploitation involves converting the vast amount of information collected into a form usable by analysts. Processing includes the entering of raw data into databases where it can be exploited for use in the analysis process.

**Analysis and Production**

Analysis and Production is the conversion of raw information into intelligence. It includes integrating, evaluating, and analyzing available data for the production of intelligence products. The information's reliability, validity, and relevance is evaluated and weighed. The information is logically integrated, put in context, and used to produce intelligence. This includes both "raw" and finished intelligence. Raw intelligence is often referred to as "the dots"--individual pieces of

information disseminated individually. Finished intelligence reports "connect the dots" by putting information in context and drawing conclusions about its implications.

**Dissemination**

Dissemination is the last step and involves the distribution of raw or finished intelligence to the consumers. It takes the form of intelligence bulletins, BOLOs, situational awareness bulletins, etc. This also includes presentations to the command staff. The command staff makes decisions—operational, strategic, and policy—based on the information. These decisions may lead to more intelligence requirements, thus continuing the intelligence cycle.

**Legal Considerations: 28 CFR 23**

Collecting quality information is a key component of ILP. However, it must be collected and maintained in strict compliance of federal law as outlined in 28 CFR 23:

- All projects shall adopt procedures to assure that all information which is retained by a project has relevancy and importance.
- Such procedures shall provide for the periodic review of information and the destruction of any information which is misleading, obsolete or otherwise unreliable.
- Information retained in the system must be reviewed and validated for continuing compliance with system submission criteria before the expiration of its retention period, which in no event shall be longer than five (5) years.
- (a) A project shall collect and maintain criminal intelligence information concerning an individual only if there is reasonable suspicion that the individual is involved in criminal conduct or activity and the information is relevant to that criminal conduct or activity.
- (b) A project shall not collect or maintain criminal intelligence information about the political, religious or social views, associations, or activities of any individual or any group, association, corporation, business, partnership, or other organization unless such information directly relates to criminal conduct or activity and there is reasonable suspicion that the subject of the information is or may be involved in criminal conduct or activity.

**Supervisory Expectations:**

- Supervisors must ensure deputies are compliant with 28 CFR 23 by governing their actions and focusing only on those people and activities for which there is criminal predicate.

## Section Four:  Roles and Functions of Key Players in Intelligence-Led Policing



For the purposes of this manual, the operational aspects of ILP will focus on three distinct groups: 1) command staff directing the priorities; 2) intelligence analysts interpreting data to influence decision makers, and 3) deputies, detectives and line supervisors actively carrying out priorities and gathering information and intelligence.

(Ratcliffe, 2008)


**Command Staff**
The Pasco Sheriff's Office utilizes a "top down "approach to ILP as previously articulated. However, this should not be implied to mean that input, ideas and strategies at every level of the agency are not welcomed and encouraged. "Top down" in this context simply means that command staff members are actively receiving relevant, analyzed data from analysts and other members throughout the agency to help develop a thorough understanding of the criminal environment, and existing or emerging trends as a means of  allocating resources and determining priorities.

**Criminal Intelligence Analysts**
Understanding the "where, when, why and who" of crime is a fundamental step before deciding what to do to reduce it. Criminal intelligence analysts are tasked with gathering, analyzing, and interpreting this data from a wide array of internal and external sources to create tactical, strategic and operational intelligence products that meet both current and long term planning needs. Each district is assigned at least one criminal intelligence analyst and members are

encouraged to communicate, share pertinent information and develop a dialogue directly with them to gain and provide situational awareness for an area or existing problem.

**Deputies, Detectives and Line Supervisors**
There can be no ILP success without the full understanding and support of the mission by front line deputies and detectives and informed first line supervisors leading their efforts. Gathering data such as quality FIRs and tips in response to collection requests is a crucial role in helping us understand the criminal environment and solve crimes. Deputies can also engage the process by maintaining situational awareness about their respective area of assignment and learning the prolific offenders in that area.

# Section Five:  Intelligence-Led Policing Practices and Tactics

### Active Crime Enforcement (ACE)
ACE squads are a multi-disciplinary group of detectives responsible for aiding the agency in reducing UCR reportable crime; increasing the number of arrests of prolific offenders; increasing the number of clearances of Part 1 crimes; reviewing crime data provided by ILP and administering prevention measures to reduce specific crimes; and enhancing the communication of intelligence amongst all areas of the agency, notably within the Law Enforcement Bureau and the ICIB.

ACE will accomplish these tasks collaboratively with District Captains, STAR units, members of all investigative units and patrol deputies. The mission(s) may include a uniformed or plain clothes response to just occurred reported crimes and when necessary will assume a primary role in latent investigations. Additionally, they will be called upon to co-investigate crimes against property and crimes of violence when a prominent drug nexus is evident.

ACE is maintained within the Special Investigations Division and each ACE Team is assigned specifically to assist a district and supports District Objectives, STAR , Property Crimes and CID. ACE. is the focal clearing house of intelligence and one member on each A.C.E. Team will have intelligence duties assigned.

The effort to collaborate on latent investigations and support other agency members is at the heart of this initiative. While overall global responsibility of ACE remains with the Special Investigations Division Captain, the District Captains shall determine the day to day operational activities of ACE. The District Captains define and develop the district's desired outcomes through scanning their respective district for significant crime-reduction opportunities that can best be impacted by and is consistent with s ACE's stated mission.

In collaboration with each platoon and ACE, District Captains are responsible for requesting additional resources when ACE Teams are unable to unilaterally complete and/or sustain desired outcomes. Priority is generally given to desired outcomes that are offender-focused.

Once each desired outcome is met, summary meetings with Patrol/ Special Investigations Division Captain are held to discuss recommendations to sustain efforts and/or to prevent the recurrences.

ACE Teams assist VICE Detectives with tactical operations when additional manpower is needed, however the inherent mission of ACE is to complement but not replace VICE functions

**Specific ACE Duties and Responsibilities:**
- Reduce UCR Reported Crimes, with specific focus on Part 1 crimes (Big 4)

- Increase Arrests of Violent and Prolific Offenders

- Increase Intelligence Communication

- Active Crime Enforcement (ACE) Objectives

- Mission-oriented tips that cannot be worked by Patrol and/or linked to a District Outcome (not drug related tips unrelated to UCR crimes)


ACE Teams facilitate Intelligence Gathering/Sharing through a variety of means to include:

- Weekly AIM meetings, Read-Off attendance, and continual dialogue with ILP

- Weekly sharing of informal and documented information for intelligence vetting by ILP and awareness to all members in the District. One member of each ACE team will also pass along any relevant information to STAR/District when ending each work week.

ACE Teams support Patrol/CID Investigations (Part 1) through tactical and strategic operations to include:

- Rapid Identification and Apprehension of Violent and Prolific offenders (including calls-in- progress)

- Responding to all Home Invasions with MCU, assisting with the location of offender(s), and conducting a parallel investigation when a narcotics nexus is determined. (Should not simply act as an arrest team)

- Participating in large-scale joint operations (Warrant Round-Ups, EAPs)

- Being On–call for home invasions and violent crime trends

- Assisting Patrol/CID Units with all real-time leads to identify offenders during call-outs.


**Actionable Intelligence Meetings**
The weekly Actionable Intelligence Meeting (AIM) is comprised of at least one representative from every section in the agency in order to include areas that might not on the surface seem to have a role in such a meeting such as Court Services, Court Process, Child Protective

- Supervisors must provide a mechanism for the deputies attending these meetings to disseminate the information learned to the appropriate stakeholders within their area.
- Supervisors must coordinate with the chain of command to ensure a strategic operational plan is orchestrated from applicable information.

**Crime Prevention**

A key component of ILP is our agency's effort to reduce and prevent crime from occurring. A key component of preventing crime is to provide information to citizens and businesses through a variety of means to create awareness. The goal is to cause self-induced behavior modification to make them less likely to become victims of crime, thus effectively reducing incidents of crime.

Law enforcement agencies have long known the benefits of keeping the public informed about the state of crime in their community, and what the agencies are doing about it. This has historically been conducted via face-to-face meetings with individual citizens or citizens groups. Modern technology has also increased the capabilities available to law enforcement agencies in the ways that this awareness can be created in citizens.

The Pasco Sheriff's Office currently conducts information dissemination for the goal of creating awareness in citizens via the following techniques:

- Online resources such as websites, email distribution groups, social media accounts such as Facebook, Twitter, and YouTube; cell phone apps.
- Handouts, flyers, magnets, DNA kits, other giveaway items.
- Publicity campaigns such as Keep What's Yours, Lock Your Doors, Shoplifting PSAs, Don't Drink and Drive.

Forming sustained relationships with the public serves to reduce crime, inform the public and foster better relationships between law enforcement and the citizens we serve. Examples include:

- Neighborhood Watch Programs/Security Patrols/Business Watch Programs;
- Speaker's Bureau;
- Financial and other Industry-based programs;
- Pasco Police Athletic League, and Faith-based initiatives such as Celebrate Recovery and Renew Pasco.

**Supervisory Expectations:**

- Prevention is a crucial key component requiring supervisory input and direction. Many, if not most, deputies do not have backgrounds or experience in this area and may not know when and how to successfully engage in prevention activities.

- Not every crime trend or incident requires action. Similarly, not every crime trend or incident requires substantial action. Each prevention activity must be tailored to the unique situation.

- Supervisors need to be cognizant of and always searching for opportunities to inform and form alliances with the public.

- Supervisors need to lead with a mindset of, "If we did not have the power to arrest anyone, how could we solve this problem?" as this will force other options to be engaged or at least considered.

- A supervisor's goal is to reinforce the agency's mission to reduce crime and fear. Prevention are two very important tools in this arsenal.

## Community Meetings

Developing rapport with, and informing, the public is a valuable tool in an intelligence-led policing environment. An effective way to accomplish this is to meet with the public in both formal and informal settings. Community meetings can be large, pre-planned organized gatherings of hundreds of people or can be as simple as a handful of concerned residents meeting in a living room.

Traditionally, members have viewed this as an activity to be coordinated by personnel assigned exclusively to a crime prevention function and, in many instances; we have waited to be invited to such events. However, informal and formal community meetings are a quick and effective way for patrol deputies and detectives to communicate messages to the public about their communities and to receive information and feedback from the citizens based on how they perceive their community.

When a member determines a community meeting may be warranted, he or she should coordinate with their supervisor as well as the Community Relations Section to arrange the most appropriate venue, format and overall value before committing to such an effort.

## Performance Expectations:

- Look for crime patterns and trends that are impacting certain specific areas or a particular demographic component of our community. Once identified, look for civic associations, professional groups, etc., that are comprised of those members who would at least be open to hosting a meeting. Coordinate with your supervisor to include the district commander.

## Supervisory Expectations:

- Informing the public and reducing fear are responsibilities supervisors must consider or paramount importance.
- Supervisors should not wait to be assigned community meetings. Rather, supervisors should seek opportunities to engage the public in meaningful and relevant dialogue.
- Meetings can be elaborate agency-wide events or can simply be a handful of tenants in a shopping center or residents in an affected neighborhood. Often, the public is reluctant to request such meetings. Therefore, it is incumbent on deputies and supervisors to be assertive toward this goal.

## Cultivating Informants

Informants are persons who wish to share information on crimes and offenders. Confidential informants (CI's) are vital to many types of investigations. The motives for becoming an

informant can include financial gain, revenge, fear, reform, or expectation of a lighter sentence. The development and use of informants are largely discretionary, but the agency member must exercise the utmost care in the control of the informant. Informants are cultivated by several methods: telephone interviews, tips, arrests, intra and interagency employees. The informant process is vitally important to areas such as the Narcotics Section who oversee the confidential informant program. To determine the usefulness and reliability of an informant, the informant has to be fully debriefed to determine what criminal information he or she is able to provide. After attempting to verify the validity of their information in order to help solidify their credibility, they have to be assessed in light of everything the detective knows, to include their motivation for wanting to be an informant; they have to be appropriately documented; and a complete background check needs to be completed. The confidential informant process is very valuable to the intelligence process and is a highly sensitive aspect of law enforcement. However, there are significant liabilities and legal guidelines associated with the use of Confidential Informants.  Prior to taking any action regarding cultivating informants, members should consult their supervisor and be fully knowledgeable of and compliant with Directive LED 680.2, Informants in Criminal Investigations.

**Performance Expectations:**
- Not every person providing helpful information or acting as a confidential source is a confidential informant.
- Routinely seek information from and encourage the public to provide information on crimes and criminals.
- Members of the public wishing to be compensated should be referred to the appropriate investigative unit.
- No promises should be made as to compensation.

**Customer Service Unit**
The Customer Service Unit reads and reviews reports generated by Patrol to ensure proper classification, status type, follow up investigative unit, accuracy, overlooked details, and any discernable leads.  The unit also calls the victims of all "inactive" cases checking for new or updated information. Supplemental reports are completed on all cases to help develop leads, ensure each case is properly classified and prevent cases from "falling through the cracks." Additionally, the Customer Service Unit is responsible for handling complaints to include those generated through social media such as Facebook or Twitter as well as other non-traditional sources.

**Drug / Nuisance Location**

An integral component of the sheriff's mission in the reduction of fear and quality of life issues brought to our attention by citizens who often suspect illegal activity relating to drug transactions are occurring there.

**Performance Expectations:**
- Communicate with likely complainants, when possible, in order to determine and or confirm exactly what type of problem exists; is it a nuisance location or a drug location, or both.
- Research location to identify occupants and their associates.
- Employ covert surveillance techniques to confirm complaint and or obtain additional information concerning the location (ie: the utilization of unmarked, undercover type of vehicles).
- Complete directed patrols to conduct traffic stops for the purpose of evidence and/or intelligence gathering and potentially generating an informant.
- Assess the location for the existence of county code violations, and when applicable, cite the owner/tenant.
- Consider the employment of the Knock and Talk tactic.
- Consider the utilization of Parole and Probation, when applicable.
- Consider the sharing of intelligence to other members in order that enforcement can occur at all hours of the day and all days of the week.
- Commit to the utilization of these resources and tactics for an extended period of time or until the location is no longer a nuisance.

**Supervisory Expectations:**
- Supervisors must assume control and responsibility over this process.
- Ensure proper notifications to appropriate units and the chain of command.
- Enact safeguards to prevent redundant efforts and to ensure proper de-confliction protocol are followed.

**Enhanced Interviews**
When engaging victims, witnesses and suspects, members should make every opportunity to explore learning about the criminal environment. For example: when transporting a subject to jail on a drug charge, the deputy should ask the subject about other crimes they may be aware of and willing to discuss. A part of the interview process with offenders should also include questioning the offender about victim selection. For example, "Why did you choose 123 Elm Street to burglarize instead of 125 Elm Street?" or "Why did you choose this particular neighborhood?" As always, deputies should be mindful of Miranda concerns and not engage suspects about the crime for which they are suspected of committing once the suspect has invoked his or her rights.

**Enhanced Neighborhood Checks**
Traditionally, neighborhood checks have been used as a means to determine if any neighbor in the immediate area might have valuable information regarding a particular crime a deputy is investigating. These contacts can have additional value as they can serve to not only elicit

Investigations and School Resource. These areas can contribute a wealth of valuable information generated from their unique area of operation. Also in attendance are our media relations members and those members whose duties are primarily prevention based. Department of Juvenile Justice, Probation and Parole, other state agencies, and law enforcement agencies within and surrounding Pasco County also attend.

The focus of AIM is on hot spots, trends, prolific offenders, and information sharing. It also serves as de-confliction between units who unknowingly may be working the same target. Each meeting is based on crimes affecting each of our geographic districts. The intelligence analysts begin each meeting with offender and trend data for the area in question. Detectives, patrol deputies and all others weigh in on the information presented. While this meeting is moderated by a lieutenant or sergeant, it is not a roll call style meeting. It is a free flow of information by attendees who sit at a table in a large circle.

In addition to the inherent information sharing, the meetings also serve to eliminate the aforementioned "information silos." With obvious exceptions, all units are required to share the persons and areas of focus to allow for a holistic approach to solving their problems. In other words, we seek to integrate an "all crimes" approach to every case. For example, rather than working a drug dealer for drugs only, we would seek to integrate Economic Crimes, Property Crimes and Major Crimes when possible to explore other crimes that may be related to the suspect's drug involvement.

Although most types of cases investigated by Major Crimes are not UCR offenses, Major Crimes Detectives can contribute information on high-profile investigations that may affect other sections within the agency. In addition, many of the cases have a drug nexus so the meetings serve as a forum for Major Crimes Detectives to be able to communicate with Vice & Narcotics Detectives and the deputies who work the zone of the offense who may have valuable information to provide. Major Crimes Detectives should look to identify patterned offenses (typically robberies and sexual assaults) and communicate those patterns during Actionable Intelligence Meetings for dissemination to the rest of the agency.

While this meeting is moderated by the District Captain who will begin and end the meeting, the meeting should be used to exchange information with other district members, so it is vital that all sections within the district, as well as outside agencies, are represented.

**Performance Expectations:**
- When scheduled to attend the AIM Meeting, please bring information to share with the group on cases or persons of interest.

**Supervisory Expectations:**
- The information that goes into these meetings, as well as the products and initiatives that arise from these meetings are key components of a successful ILP program.
- Supervisors should ensure their deputies are prepared to share meaningful, actionable information when attending these meetings.

information from the public but they can also serve to inform the public. Through maintaining good situational awareness about crime patterns in their assigned zone, deputies can determine when an area is experiencing a crime trend and seek ways to inform other potential victims in the area. For example, if a deputy is investigating an auto burglary on Elm Street and knows there have been multiple burglaries in the area, the deputy can extend and expand the neighborhood check by distributing available crime prevention literature focusing on burglary prevention and awareness.

**Performance Expectations:**
- Approach the neighborhood check process as an opportunity to share information with the public in near real time about crimes in their area instead of merely a necessary component of an incident report.
- Identify "attractive targets" (potential future crime victims)
- Gather neighborhood intelligence; "Who do you know?" "What has been going on?"
- Share information and resources that are available to the community i.e. Pasco Sheriff's Office website (Community Resources)
- Educate the public on the Tip Submission link
- Look for opportunities to discover unreported crimes and potential evidence or valuable witnesses to possible trends.
- Access Crime Reports online to determine if there have been other similar crimes reported in the same general area and look for any similarities, possible leads, or property/evidence that may increase the solvability factors for the crime(s) being investigated.
- Identify location and environmental elements that are consistently present at crime scenes and make recommendations to victims to alter or remove elements that are attractive to criminal activity.

**Supervisory Expectations:**
- Supervisors must manage and direct this process to ensure efficient and proper utilization of this valuable tool. This may often mean returning to an area for follow up after the initial investigation is complete.

**Field Interview Reports (FIR)**
An integral part of solving crime is determining persons of interest in a particular area. An effective tool in doing so is the FIR. Often deputies use the FIR to document suspicious persons or vehicles. However, there is also value in using an FIR to document contact with nonsuspicious persons in a particular area at a particular time as a means of later contacting those persons as potential witnesses.

FIRs are different from tips and should be used in situations that have a closer relationship to crimes.

FIR Example: A neighborhood has been experiencing a high number of auto burglaries from 0100-0300 hours. While on patrol in that neighborhood during those times, you locate a male

walking down the street who lives a few streets away. He states he is merely out for a walk. A quick criminal history indicates he has prior arrests for auto burglary. An FIR should be completed.

Tip Example: Using the same scenario, while on patrol in the same neighborhood at the same time a resident exits her house and flags you down to tell you she has seen a white male on a red bike riding through the neighborhood every night between 0100-0300. A tip should be completed. (And possibly an Area Watch.)

**Performance Expectations:**
- Quality is far more important than quantity.
- Document the basis of the FIR. In other words, articulate why it was worthy of documentation and/or relate it to recent crimes in the area.


**Forensics**
Information collection is absolutely crucial to successful Intelligence-Led Policing and information can take many forms. A key form of information is the information and intelligence derived from crime scene evidence collection. Data gleaned from evidence such as tool pry marks, paint transfers, cloth marking, shoe/tire impressions and DNA is invaluable. When using the applied theory that a small percentage of criminals commit the majority of crime in the affected neighborhoods – the modus operandi of those criminals becomes extremely valuable information. Using other data such as Point of Entry (POE) patterns may further develop the probable "profile" of the offender. Successfully targeting known offenders may be enhanced by identifying certain trends and mannerisms used by those offenders. This is further confirmed through the proper collection and thorough analysis of physical evidence connected to the offenders.

Matching Forensic Investigators and Latent Print Examiners as liaisons with detectives and STAR affords our agency the opportunity to work proactively to reduce crime. Case reviews and AIM discussions allow Forensic Investigators to gain better understanding and cross dissemination of the physical evidence collected at previous crime scenes. This proactive dialogue better enables deputies and detectives to be mindful of what to specifically look for when targeting the suspected offenders in the targeted crime area.

**Inner Perimeter Security Team**
The Inner Perimeter Security Team (IPS) is maintained within the Court Services Division and each IPS Team is assigned to a schedule to assist as needed for intelligence gathering. IPS is the focal point of intelligence and each member of the IPS Team has intelligence duties assigned. IPS Teams also lead the bureau's gang initiatives, coordinating all comprehensive gang-related missions, and serving as liaisons to the Patrol Gang Intelligence Detectives. The Inner Perimeter Security Team facilitates intelligence gathering/sharing through a variety of means to include:

- Weekly AIM meetings, Read-Off attendance, and continual dialogue with ILP

- Collaborate with Detectives and Investigators to assist with any intelligence gathering required.

- Weekly sharing of informal and documented information for intelligence vetting by ILP and awareness to all members in the Detention Center.

- Remain proactive while in housing areas looking for information and intelligence.

- Closely follow the requests from inmates.

- Interview inmates to forward the information to the proper channels.

**Intelligence Liaison Officers- Court Services**
Intelligence Liaison Officers (ILO) are assigned to each area of the jail to include Intake and Release (Booking), Security Services (Inmate Housing), Bailiffs (East and West court) and every member of the Inner Perimeter Security (IPS) team. When a newly arrested individual is processed, an ILO assigned to the area will complete an initial interview. The Intake and Release ILO will review the arrestee's charges and location of arrest prior to the interview to tailor their line of questioning in accordance to the inmate's site of arrest and geographic location. An individual, who lives and commits their crimes on one side of the county, is not likely to have relevant information about the opposite side. Upon the completion of the interview, the ILO will conduct some research in reference to police reports generated to corroborate the information. Inmates are not questioned about the charge for which they are arrested. They are only questioned about other crimes in the community.

Security Services ILO's conduct interviews with inmates wishing to speak with detectives or wanting to give information. In many cases, inmates requesting to talk with a detective don't have detailed information. In this instance, the ILO is able to improve efficiency as it prevents the detective from making a wasted trip. Similar to Intake and Release ILO's, Security Services ILO's will conduct research prior to making contact with the inmate. ILO's primary focus is on the "Big 4" crimes: robbery, burglary auto burglary and auto theft. Though not the primary focus, most information offered by inmates pertains to drug activity.

One of the more important roles of the ILO's is to be the liaison for their platoons or squads. Other deputies are able to approach the ILO's for assistance and guidance when interviewing inmates. It is preferred deputies coordinate with their respective ILO prior to submitting a tip to ensure duplicate information is not being submitted.

**Intelligence Liaison Officers- Law Enforcement**
Each district is assigned an Intelligence Liaison Officer as part of an Intelligence Liaison Officer (ILO) Network. This network provides a better understanding of the crime picture for our deputies. It further expands our intelligence collection capability and allows for more informed decision making by our commanders to prioritize responses to crime problems, more effectively deploy personnel, and allow us to be more adaptable and responsive in preventing, disrupting, and dismantling emerging crime and terrorism threats to Pasco County.

Each ILO detective reports to the Property Crime lieutenant in their respective district, but works independently to collect crime-related and homeland security information from all the deputies, detectives, SROs and field sources within the assigned district.

The ILO detectives work closely with assigned ILP analysts to develop and evaluate actionable intelligence products for operational, tactical, and strategic decision making. The ILO detective also attends Actionable Intelligence Meetings (AIM) and is the conduit for information and intelligence sharing within the district. Duties include but are not limited to:

- Promoting awareness and collecting information on active offenders, criminal networks, crime locations, and assist with the coordinated and collaborative response of actionable intelligence.
- Managing confidential informants, debriefing offenders, identifying and developing intelligence gaps, and collecting information pertaining to prolific offenders and STAR areas.
- Working closely with state and federal intelligence officers to manage intelligence information within the region or any other location that may impact Pasco County, while operating within the guidelines of the National Intelligence Model (NIM).
- Engaging with fusion centers, serve as liaisons to help facilitate our agency's participation in regional information exchanges
- Ensuring our agency is a full partner in all information-sharing processes, such as the Nationwide Suspicious Activity Reporting Initiative.

**Jail Call Monitoring**

The monitoring of jail calls is a very time consuming, tedious task; however, it can have great value. Our inmate telephone system is currently contracted by Inmate Calling Solutions (ICS). The platform provided enables the facility to monitor and record all outgoing calls from the facility. Approved users of the ICS platform have access to the following facets of the systems: monitor live calls, search for past calls, record calls to CD, call forward inmate calls to their office or agency phone, and identify the called party and their home address. Often times, after a detective has spoken with a subject, the subject makes telephone calls that include discussion on the topic(s) for which the detective and the subject were discussing.

**Performance Expectations:**

- Usually this function is used by detectives, however all deputies have access to this service. Deputies who see investigative significance in monitoring a particular inmate's calls can contact an intelligence analyst in the ILP Section to coordinate.
- Prior to using this service it is incumbent on deputies to ensure efforts do not conflict with those of other investigative units.

**Jail Interviews**

Review the jail logs for those who have recently been arrested. Based on a predetermined formula that should include charges for, or a history of, the "Big Four", respond to the jail to debrief the subject(s) on crimes aside from those for which he or she was arrested, unless they are willing to discuss the crimes they have committed. Approach the interview from an intelligence gathering mindset, not necessarily an attempt to enhance the case for which the subject is arrested.

**Jail Email**

The Smart JailMail system is an inmate e-mail platform which will provide the inmate population an electronic means to communicate with friends and family. Investigative units now have the capability to monitor all incoming and outgoing correspondence by many electronic search parameters, such as: Inmate name, nicknames, code words, date range, etc. Mail can also be flagged by keywords used in the email. Examples of some keywords: court, crazy, kill, escape, murder, gun, beat, drugs, etc. This list can be changed or updated.
Investigators may also request to receive a copy of all inmate email correspondence.
The information and intelligence the investigators are able to obtain will be extremely beneficial to the investigative process as it may lead to solving a crime or preventing a future crime from occurring. In addition to the e-mail platform this system is capable of displaying agency caught on camera photos and most wanted photos in an attempt to solicit information from the inmate population relevant to these documents. The investigators can also link an email address to the inmates account in order to receive an immediate blind copy of all the inmates email communications.

**Performance Expectations:**
- Usually this function is used by detectives, however all deputies have access to this service. Deputies who see investigative significance in monitoring a particular inmate's emails can contact an intelligence analyst in the ILP Section to coordinate.
- Prior to using this service it is incumbent on deputies to ensure efforts do not conflict with those of other investigative units.

**Jail Inmate Money Deposit System**

This system allows individuals to deposit funds into inmate accounts via various means, such as telephone, web-site, kiosks and Money Gram locations. These transactions are recorded electronically which provides our investigators a database to utilize when conducting investigations. Money transactions can be searched by inmate, depositor, type of deposit, amount of deposit, date range, etc. Correlations can be identified and are displayed in a map format to show depositors that are depositing monies into various accounts. All web-site deposits are tracked by I.P. address which helps in locating depositors that may be subject to investigation.

**Jail Video Visitation**

This system serves as the sole means of visitation for the inmate population. All visits are conducted through a video camera and monitor in lieu of face to face visits. All of these video

visits are recorded and stored for a minimum of 30 days on a recording server and are available for playback at any time. All of our investigative units have access to this system for the purposes of monitoring a live or previous visitation. The investigators are able to utilize various search parameters to assist them in locating the visit they would like to view. The investigators can also flag individual visitors or inmates so they can be alerted prior to the visit occurring.

**Juvenile Direct File**
When a member identifies a juvenile who they believe is a prolific offender, they should forward the juvenile's name to their respective analyst to conduct a review of F.S. 985.557(1)(b). The analyst will compare the juvenile's criminal history to determine if the juvenile meets the criteria to be direct filed as an adult.
If the analyst determines the criteria appears to be met, the analyst should then forward the juvenile's name to the respective Captain. The Captain will then send the following letter to the SAO, via fax, and maintain a copy of the fax transmittal page to verify receipt and promote accountability.


The letter faxed over to the SAO should be on official PSO letterhead and contain the following narrative:
EXAMPLE OF SAO LETTER
My team and I have identified a chronic juvenile offenders which I respectfully request the SAO Direct File as an adult in reference to any and all pending and future criminal charges.
A Pasco Sheriff's Office analyst has conducted a review of the criteria listed in F.S. 985.557(1)(b) and determined this juvenile appears to meet the requirements to direct file as an adult. The names of the juvenile is:
1.)      Name of juvenile, DOB, SS #
I am making this request due to the offender's extensive criminal history and in response to the adverse impact this individual has on the community when he/she is released from JDC.
If you have any questions or concerns about this request, please contact me.

**Knock and Talks**
Knock and Talks are employed in instances where there are allegations, preferably supported by other credible information, that a location, usually a residence, houses contraband. Typically, these are locations that detectives do not have informants available to purchase contraband, and the only logical method to determine if the contraband exists is to knock on the door and attempt to talk to those inside. The goal is to obtain consent to search from a resident with staying in the residence in order to find the contraband.

**Performance Expectations:**
- Deputies seeking to utilize a knock and talk should coordinate with the respective investigative unit as a means of de-confliction.
- Identify target residence and corroborate location with potential offenders.
- Conduct wants and warrants check on people suspected of living / being at the residence.

- Requires two deputies at a minimum: one deputy to search and the other to monitor for officer safety.
- Although most deputies will have operational BWCs, consider the necessity of obtaining written consent along with the verbal consent that should be captured by the BWC.
- Considerations need to be made with reference to a person's authority to authorize consent, the time of day/night, number of deputies present when consent is authorized, and offenders' ability to withdraw consent, the restricting of offender movements and when limited consent is given. For these consideration, reference the various case laws associated with the circumstance.

**Supervisory Expectations:**
- Supervisors must assume control and responsibility over this process.
- Ensure proper notifications to appropriate units and the chain of command.
- Enact safeguards to prevent redundant efforts and to ensure proper de-confliction protocol are followed.

**Rapid Deployment**
Rapid deployment is a simple, yet effective crime fighting technique rooted in three simple goals: preventing crime; reducing the public's fear of crime; and solving crime.
Rapid deployment of resources is designed to address existing and emerging crime patterns, sprees or trends. Studies have shown that a rapid, strategic and comprehensive response will significantly increase our ability to fight crime.

**Supervisory Expectations:**
Listed below is a scenario that explains and contrasts rapid deployment to how our agency has traditionally approach the same scenario:

Scenario:
Day shift deputies respond to six auto burglaries in the Forest Lakes subdivision. It appears all the vehicles were left unlocked and there were no signs of forced entry. The burglaries did not all occur on one street, however, they were in relative close proximity to one another.

Traditional Response:
In the past, we would conduct our normal neighborhood check and then contact night shift and said, "Hey...we were hit pretty bad in Forest Lakes last night, keep an eye out." As we all know, this response is ineffective and inefficient. We must, and will learn a better response.

New Expectation:
The Platoon Commander needs to know about these crimes as soon as more than one auto burglary is reported within a close geographic area so as to begin to consider the need for a rapid, strategic response. If, in fact, it does appear to warrant a rapid response, the Platoon Commander will develop an Operational Plan. Listed below is an example of an Operational Plan using the same scenario:

- On duty lieutenant (or affected zone sergeant) develops an operational plan and starts an email thread to the other lieutenants, zone sergeants, STAR, ACE, appropriate detective sergeant, specialized units, SRO, ILP Analyst and district captain. The plan will contain the following:
  - A synopsis of the event, such as "multiple auto burglaries in Forest Lakes between the hours of 0330 and 0500 hours."
  - A list of the units that responded out to the initial scene, such as Patrol, Forensics, K9, Air, etc.
  - Any potential evidence, such as video surveillance, fingerprints, etc.
  - Items stolen (i.e. GPS, keys), if any, during the event or other important MO data.
  - List of any potential suspects, persons-of-interest information

- Each shift lieutenant, or anyone who has updated information on the operational plan, will add that information to the email thread, and send that email thread out via "reply all" so everyone in the email thread is aware of the update.
  Suggested actions to be completed by the Lieutenant include, but are not limited to:
  - Providing the ILP Section with BOLO information, to include videos or photos to be placed on Caught on Camera.
  - Contacting PIO with information to be placed on the Sheriff's Office Facebook page to include        photos or video footage, if available.
  - Contacting ILP Analyst to provide a list of warrants, juvenile pick up orders, potential subjects, etc. in the affected area so we can be begin to target criminal offenders who may be involved, or have information on who was involved in the criminal activity.
  - Contacting CSU to have a message board put in the affected area requesting citizens provide information, lock their cars, etc
  - Arranging for neighborhood canvassing, enhanced neighborhood checks, distributing "lock your door" hangers in affected area. Any additional information on additional criminal activity should be submitted via a tip submission to Tipsoft.
  - Check for homes with video surveillance. Ask to see video if there is any possibility the suspects may have passed by to and from the location of        occurrence.
  - Contacting the SRO's to help develop intelligence and leads from students.
  - Contacting Classification section at jail to identify associates of people being sought, through things like visitor's lists, inmate mail, etc.
  - Consider contacting other agencies (if appropriate), such as Code Enforcement for assistance, or other nearby agencies (i.e. NPRPD, Pinellas S.O., TSPD to determine if they have experienced similar problems and if they have developed any leads).
  - Contacting that subdivision's HOA/CDD board member, if applicable, to provide and solicit information.
  - Contacting that subdivision's private contract security, if applicable, to provide and solicit information.

- Arranging for specialized units to assist with random patrols and to blanket the area, such as:
    - Warrants
    - Motors/Step
    - ACE
    - STAR
    - CSU (can help with neighborhood canvass)
    - SRO (after school hours)
    - Sex Offender Unit
    - DOC (Probation and Parole) for probation checks

Many of these task can and should be implemented immediately. Rapid deployment of resources is the key. Delaying implementation allows the possibility for the criminal element to continue unabated.

It is understood that all the listed tasks will not be completed by the day shift Lieutenant. Effective collaboration and communication is the key to seamlessly integrating these strategies and preventing redundant efforts. For instance, the dayshift Lieutenant may develop a list of warrants in and around the target area, however, they may not have had the time or the resources necessary to begin serving them. Any incomplete tasks are documented in the operational plan and passed to the night shift Lieutenant for completion. The night shift Lieutenant will then work on completing the tasks and adding new ones, if appropriate. This process continues until all necessary tasks are completed.

It is also understood that as new information arises, the plan may change. Therefore, it is crucial that the plan remain fluid and flexible to adjust accordingly. For this approach to be effective, all lieutenants must focus on the following:

- Know what crimes your people are responding to.
- Determine if the crimes are isolated or part of an emerging crime spree, pattern or trend.
- If determined to be an emerging crime trend, you will need to develop a strategic and comprehensive response.
- Immediately implement this plan and prepare to pass this plan on to the next shift Lieutenant for completion.

**School Resource Officers (SRO)**
SROs interact with middle school and high school students from within their school's geographic boundaries on a daily basis and are in a unique position to augment the agency's ILP efforts in several ways. SROs can offer valuable assistance in areas such as offender identification and intelligence gathering. Often SROs will hear about past, present or future crimes well before others in the law enforcement community.

**Performance Expectations:**
- Patrol deputies and detectives should become acquainted with the SRO(s) assigned to their area as they can serve as a very valuable source of intelligence.

- The SRO Section can serve as a quick reference point for all recent juvenile arrests including documents case number, arresting deputy/officer, and school attended by youth, charge.
- SROs are available to distribute "Caught on Camera" photos to staff at their school by email in an attempt to identify suspects.

## Social Network Analysis

The Pasco Sheriff's Office recognizes the value of identifying criminal networks and formulating crime prevention strategies by focusing on the relationships and connections within the networks. Just as we have learned a small minority of offenders commit the majority of the crimes in our community, we have also come to understand these same prolific and chronic offenders are socially connected and their actions are often influenced or facilitated through various members of their networks. By understanding these relationships, we will be much more effective with our ILP crime reduction and prevention strategies. According to Dr. Fox, Mc Hale and Novak (2015), "accurately identifying and controlling deviant social networks can not only effectively reduce crime rates, but would also guide allocation of scarce resources to effectively accomplish crime prevention."

Social network analysis offers a unique analytical strategy for crime analysts to explore the social relationships between individuals and groups, and visually represent the relationships using sociograms. These visual maps allow analysts to examine complex data sets to discover the social structures of the network and identify members with the most influence or importance within the group. Unlike link analysis, SNA allows us to impact these human networks in the way we strategically engage members based on the group dynamics. For example, link analysis simply helps us take out the bad guy, but every time we take out the bad guy another one is waiting in the wings. SNA goes further to offer an understanding of the trusted offender network and consider the best strategies to disrupt, dismantle, or influence the group. If we can visually map out the relationship types, affiliations, business ties, and other connections, we begin to identify strategic opportunities to control the behavior of the network. Using RMS data, field intelligence, and feedback from our deputies on each sociogram, analysts and law enforcement can work together to illuminate these offender groups and plan effective interdiction strategies to prevent crime.

## Strategic Targeted Area Response (STAR)

For a variety of reasons, crime tends to generate hotspots of activity. Some hotspot locations are short term (acute) problems while some are long term (persistent) problems. The key to effective hotspot policing is to identify areas that are acute *and* persistent and to disrupt the crime patterns, trends, etc.

The purpose of the STAR program and the related STAR teams, therefore, is to reduce and disrupt crime in each respective STAR area through utilizing a wide array of tactics.

Each STAR area is created by analyzing acute and persistent crime trends and patterns. In most instances, the STAR will represent an area that comprises both acute and persistent crime. The effort will focus on a particular area for a minimum of 90 days unless compelling data suggests

the underlying crime problem is no longer present. This defined area is also referred to as "The Box."

The STAR team primarily focuses on reduction of the patrol suppressible crimes referred to as the "Big 4" which are Robbery, Burglary, Auto burglary and Vehicle Theft. This is accomplished through working closely with patrol units, investigative units and community groups to identify and focus on prolific offenders impacting the area.

**Performance Expectations:**
Know where the STAR is in your district.
Know prolific offenders/persons of interest impacting the STAR.
Seek opportunities to innovatively impact crime, especially "Big 4" crimes in the STAR.
As a high crime area, develop and maintain rapport with STAR deputies and ACE detectives.

**Surveillance**
Surveillance may come in the form of mobile, stationary, electronic, aerial or foot surveillance. A pre-operative briefing should be conducted with all deputies involved to inform them of their expected duties and the goals of the operation. During this time, the lead deputy will communicate what the specified radio channel will be, who the target of the surveillance is and any other information pertinent to the target as well as the location or destination to be surveilled.  Consider the utilization of the unmarked /undercover vehicle assigned to each district.

**Tip Submissions**
 Often members receive information that does not necessarily warrant an actual offense incident report. Examples include information received from a citizen about potential offenders of certain crimes in an area, etc.

Once tips are submitted, the ILP Section will analyze the tip and the data will be stored in a database for future use. If the tip has current investigative value or relates to a specific investigation, it will be forwarded to the appropriate unit for follow up. The district secretaries, the ILP Section Tip Manager and the Narcotics Section Tip Manager all have access rights to close tips and it is important that each tip is properly closed when it is no longer immediately actionable.

Members have access to the tip management database for investigative purposes. Deputies may request a search on tips based on any key word that is listed in the original tip. For example, a search can be performed on the keyword "Spider" and the system will populate all tips where the word spider was mentioned in any way.

**Tip submissions are only one way to become engaged in Intelligence-Led Policing and the emphasis should remain on quality, not quantity.** Tips should not be submitted in place of an incident report or in addition to an FIR and when possible should contain actionable information

that can be analyzed to make arrests or prevent crimes. Deputies should not use the tip program as a replacement for taking immediate action or completing an offense incident report.

Example of a Good Tip:
*"While investigating a noise complaint at 123 Elm Street, the resident, James Smith, told me that his neighbor at 125 Elm Street, John Jones, approx age 35, has been bragging about all the stolen Ipads he has. Smith said Jones has even offered to sell him some Ipads a few months ago."*

Example of a tip with little value:
*"An anonymous subject approached me at 7-11 at Moog and US 19 and told me that a guy named Tommy is dealing drugs in the area."*

Narcotics Tip Criteria
For a tip to be assigned to Special Investigations, the tip needs to meet at least one of the following criteria. Detectives can be assigned tips not meeting these criteria as dictated by Supervisors. In no way do these criteria restrict a Narcotics Detective from working tips not meeting these criteria.

Prolific Drug Offenders (those with extensive long term history)
- Violent drug tips
- Methamphetamine Labs
- Marijuana Grow Operations
- Related to Confidential Informants
- Tips that provide information on open/pending cases
- Doctor shopping cases
- Specific drug information when there is a history present
- Gambling
- Gang Activity

Tips not meeting these criteria will either be closed out as information only, assigned to a patrol district, or placed on the District Quickr site for deputies to work.

# Section Six:  Available Tools/Resources

**Actionable Intelligence**
Each week, the ILP Section publishes an Actionable Intelligence product which also list intelligence gaps and requirements. As the name implies, this document lists areas where crime patterns are happening and additional information is needed to help improve solvability and gain situational awareness. Members are encouraged to use community contacts and enhanced patrol techniques to collect and submit information for analysis. Deputies should also consider the information contained in Collection Requirements as an opportunity to prevent crime through engaging proven crime prevention practices Deputies should also consider the information contained in the Actionable Intelligence weekly product as an opportunity to prevent crime through engaging proven crime prevention practices. It is important that deputies use this document as a source of situational awareness for their respective zone as it relates to critical intelligence gaps.

**Performance Expectations:**
- Review the Actionable Intelligence thoroughly upon receipt and seek opportunities to gather information/intelligence needed.
- Develop credible sources in and affecting your respective zone.
- Submit valuable tips and FIRs.

**Crimereports.com**

Crimereports.com is an external vendor of the sheriff's office. All records management data is sent to this vendor on an hourly basis who then converts the information into a wide range of usable data such as offense mapping, hotspots, etc. Its CommandCentral feature starts with a real-time, customizable crime dashboard that gives deputies more than 1,000 ways to analyze and view crime data and information. Deputies can choose their preferred layout, what they want to see, and how they want to see it - including maps, area breakdowns, crime-type analysis, time of day/day of week analysis, and more. Each district ILP Analyst is available to provide training and to help customize each members "dashboard."

**Crime Stoppers**

Crime Stoppers of Tampa Bay is a community based program, which is designed to bring law enforcement, the news media and the citizens closer together in an effort to combat crime and make the community a safer place to live.   Crime Stoppers acts as a clearing house for information... and encourages people who know about crimes or about people who have committed crimes to call and give Crime Stoppers details.  Crime Stoppers offers rewards to people who call. People remain anonymous when they call. They do not know the identity of people submitting tips or receiving payment/rewards.

On occasion, deputies will be assigned a Crime Stoppers tip to investigate. These tips are unique and come with a disposition form that needs to be completed for administrative purposes. Rarely, deputies will coordinate directly with Crime Stoppers. Tips received from Crime Stoppers will be processed by the ILP Section. On those instances when our agency desires to enlist the aid of Crime Stoppers, Major Crimes or the ILP Section will serve as the point of contact.

**Electronic Signage**

An effective means to prevent crime, solicit tips to help solve crime, and inform the public about crime occurring in their area is usage of the electronic roadway signs. These signs are maintained by the Citizen Support Services Section. The most effective messages are those that are no more than three successive screens informing and directing the citizens.

**BWI**

BWI is the pawn database to which all pawn transactions that occur within Pasco County are reported. BWI is the replacement for "FINDER" which was previously used by PSO. Authorized users can query transactions by several different search parameters, including Name/Seller, Vehicle/License Plate Number, and Article(s) pawned. To request a new user account, BWI can be accessed through the agency intranet page under Links.

Once a possible suspect is identified, for example, users can access BWI to determine if the subject has any recently pawned items that matches stolen property. A reverse search may also be performed and users can match unique pieces of property against items reported stolen. The Article Query Advanced Search Section of BWI is a valuable tool that can help aid in the apprehension of suspects. Another use of BWI is the Frequent Pawner and Scrapper Top Pawner option which has been utilized to help aid in the identification of potential suspects. This option may bring to light subjects that have been making frequent pawn transactions, but have not yet been identified as persons of interest in local criminal activity. For additional assistance, please contact an ILP Analyst.

**Mapping**
One of the biggest innovations in law enforcement in recent years is the implementation of geographic information systems (GIS) or mapping. GIS integrates hardware, software, and data for capturing, managing, analyzing, and displaying all forms of information related to a specific geographic place of interest.

GIS allows us to view, understand, question, interpret, and visualize data in many ways that reveal relationships, patterns, and trends in the form of maps, globes, reports, and charts. Our mapping capabilities allow us to accomplish such tasks as defining where things are, quantities, densities, what's nearby and how conditions are changing. Common uses within our agency includes maps illustrating locations of crimes, offender addresses, persons of interest, hotspots, crime density changes and geographic profiling which examines the relationship of crime to offender locations.

**Social Media Analysis**
Geofeedia is a social media management platform that lets members search, engage with, and analyze real-time social media content by location, from anywhere in the world, with a single click. Starting the search is as easy as drawing on a map. Members may search for any location in the world, from an entire city to a specific address, and visualize real-time, location-based social media content in a matter of seconds. This service allows members to discover and aggregate geolocation social media posts from any user-defined worldwide location, monitor multiple locations in real-time, archive, curate and share social media content, and analyze patterns and trends from location-based social media data.

**Surveillance Camera Registration**
Security cameras are a valuable component to identifying criminals. As part of this effort, our agency uses the Crimereports.com camera registration program. Deputies can encourage willing citizens to assist our crime fighting efforts by securely identifying and registering the location of their residential or commercial security cameras. As users sign up, providing their contact information, camera information, and location, the information will automatically be available to you. Whenever there is a crime, you can access the list of registered cameras and contact the owners, saving you time and effort during emergency responses and investigations.

**Top 5 and Target of the Month**
The TOP-5 and Target of the Month are produced by ILP and are individuals identified as being the "worst of the worst." For an individual to be placed on this product, the question must be answered about him/her "if this person is removed from the area, will it result in a significant impact by decreasing crime in the area?" Along with this product will be tied the "spider chart" which will identify all the known associates of the target. The ILP district analysts will determine the appropriate targets for both products and present those name(s) to the district commanders. Both products will be presented by the analyst at the weekly district AIMs and at the quarterly AIMs. The TOP-5 product will be used for long term targets and the Target of the Month will be utilized for short term targets. Both targets will be on the ILP Intranet site and available 24/7 to all PSO members.

**TLO**
TLO is a web-based research tool allowing users to search for information on persons or places of interest. The search can be based on incomplete source information such as partial tags or vehicle information and is used to identify people and determine possible addresses, phone numbers, family members, and associates, among others. Deputies have full access to this program.

**Unified Report**
The Uniform report is a summary of the "morning report" with additional entries from the cities in Pasco County. Each report begins with a list of the "Big Four" patrol suppressible crimes, namely burglary, auto burglary, vehicle theft and robbery that occurred in the county during the previous time period.

Each daily report contains a list of the previous day's occurrences and the Monday report will contain the weekend data. In addition to this information being emailed, it is also available in the ILP Quickr site under the heading "Uniform Daily Report."

# Section 7:  Best Practices and Activities/ Operational Plan Examples

# Law Enforcement

- Learn as much as possible about prolific offenders, probationers and other persons of interest in your assigned area to include known acquaintances, vehicles, locations frequented, and previous M.O. for prior offenses, etc. Share this information via tips, emails, and other forms of communication with other stakeholders.

- Learn the location of the STAR and strive to gain a full understanding of the nature of the problems occurring. Develop and maintain rapport with deputies assigned to the STAR.

- Use Crimereports.com, One Solution and other available resources to remain abreast of existing and emerging crime trends in your area. Sign on daily to see where and when crimes are occurring.

- On every call for service, investigate thoroughly and look beyond the call for service. Once complete, prior to leaving ask the persons interviewed if they have information about any other crime they may want to share regarding possible offenders or offenses occurring in the area. (Use judgment when pursuing this opportunity.) Document accordingly via tip or offense incident report.

- While transporting arrestees to jail, develop a rapport with the arrestee. If he or she has invoked Miranda, do not ask any questions about their crime whatsoever. However, you may ask them if they know of other unrelated crimes committed by other people. Document accordingly.

- Approach the neighborhood check process as an opportunity to share information with the public in near real time about crimes in their area instead of merely a necessary component of an incident report.

- Seek opportunities to generate tips and FIRs as a means of gathering information and intelligence. Document the basis of the FIR or tip. In other words, articulate why it was worthy of documentation and/or relate it to recent crimes in the area. Quality is far more important than quantity.

- Review the collection requirement thoroughly upon receipt and seek opportunities to gather information/intelligence needed.

# Detention

- Interview inmates processed in booking for potential intelligence and tips. If TOP-5 is processed, interview and make mandatory notifications.

- Review email in Smart JailMail for potential information that can be used against the inmate or lead to additional tips.

- Take quality mugshots. Document scars, marks, and tattoos with good photos and descriptions.

- Enter as much information in JMS as possible during processing.

- Be cognizant of conversations amongst other inmates that may allow for investigation opportunities. Reach out to ILO and IPS if needed. Allow these interviews to occur in an environment that is away from other inmates to help protect the inmate and make him feel more comfortable.

- RapidID inmates to identify potential aliases. Query these additional names for potential warrants and add them to the master name record in RMS.


**Operational Plan-Rapid Deployment**
- On duty lieutenant (or affected zone sergeant) develops an operational plan, and starts an email thread to the other lieutenants, zone sergeants, STAR, ACE, appropriate detective sergeant, specialized units, SRO, ILP Analyst and district captain with the following:
    - A synopsis of the event, such as "multiple auto burglaries in Bridgewater between the hours of 0330 and 0500 hours."
    - What units responded out to the initial scene, such as Patrol, Forensics, K9, Air, etc.
    - Any potential evidence, such as video surveillance, fingerprints, etc.
    - Items the suspects took (i.e. GPS, keys), if any during the event
    - Any potential suspects, persons-of-interest information

- Each shift lieutenant, or anyone who has updated information on the operational plan, will add that information to the email thread, and send that email thread out via "reply all" so everyone in the email thread is aware of the update. The following are suggested activities to be completed by the Lieutenant (or affected zone sergeant):
    - Providing ILP (and possibly Crime Stoppers) with BOLO information, to include videos or photos to be placed on Caught on Camera
    - Contacting PIO with information so it can be placed on the Sheriff's Office Facebook page. If video or photos are available, they should be provided to the PIO
    - Contacting ILP Analyst to provide a list of warrants, juvenile pick up orders, potential subjects, etc. in that affected area.
    - Contacting CSU to have a sign board put in the affected area requesting citizens provide information, lock their cars, etc.
    - Arranging for neighborhood canvassing, enhanced neighborhood checks, distributing "lock your door" hangars in affected area. Any additional information on additional criminal activity should be submitted via a tip submission to Tipsoft
    - Contacting the SRO's to help develop intelligence and leads from students.

- Giving high school SRO's suspect vehicle information so they can check their student parking lot for similar vehicles.
- Contacting Classification section at jail to identify associates of people being sought, through things like visitor's lists, inmate mail, etc.
- Contacting other agencies, such as Code Enforcement
- Contacting that subdivision's HOA/CDD board member, if applicable, to provide and solicit information
- Contacting that subdivision's private contract security, if applicable, to provide and solicit information
- Contacting newspaper delivery persons, post office delivery people, mosquito control, etc. to give them information about suspects/vehicle description.
- Arranging for specialized units to assist with random patrols, to blanket the area, such as:
  - Warrants
  - Motors/Step
  - ACE
  - STAR
  - CSU (can help with neighborhood canvass)
  - SRO (after school hours)
  - Sex Offender Unit
  - DOC (Probation and Parole) for probation checks

**Operational Plan Outcome Examples**
**Auto Burglaries in Bridgewater Subdivision – Y3**
On 5/12/15 between 0400 and 0500 hours, eight delayed auto burglaries to unlocked vehicles occurred in the Bridgewater subdivision. During a neighborhood canvass, surveillance video from several residences was obtained and two suspects were seen committing the burglaries. Forensics and Property Crimes responded to the scene. An operational plan was put into place which led to the following results:

- An email thread was started by the dayshift lieutenant, with the details of the cases, to include MO, property stolen, investigation completed, and results of neighborhood check (surveillance video).
- The email thread was sent to all of the other D2 lieutenants, zone sergeants, property crimes sergeant, district captain, STAR, SRO, and ILP. The email thread continued from shift to shift with any updates to the investigation.
- An enhanced neighborhood check was completed which resulted in videos being obtained at 3 residences showing the suspects.
- Directed patrols were performed in the neighborhood by each shift.
- The video was submitted to Pasco SO PIO, and placed on the Pasco SO Facebook page.
- An electronic sign board was placed on Curley Road, at the request of the lieutenant, requesting citizens lock their cars, remove valuables, and report suspicious activity.
- Information about the crimes was sent to the Bridgewater HOA/CDD president to send out to residents.

- An anonymous tipster identified one of the suspects (juvenile) from the Pasco SO Facebook page.
- PCU detectives went to Wesley Chapel High and obtained the identity of the suspects, from school staff. The suspects now attend James Irvin Educational Center.
- PCU detectives went to James Irvin Educational Center and confirmed the suspect identity with SRO.
- On 05/19/15, PCU detectives search and locate both suspects, and recover stolen property at their residences. Both suspects arrested on 7 auto burglaries, as well as possession of a controlled substance.

**Armed Robberies/Attempted Armed Robberies to CVS/Mobil Gas/Taco Bell – Y4/Y6**
On 09/23/2015 at approximately 0158 hours and 0753 hours in Land O' Lakes and Wesley Chapel, there was an attempted armed robbery at Taco Bell, and two armed robberies at CVS and a Mobil gas station. All three incidents have similar suspect descriptions. During the Taco Bell attempted armed robbery, the suspect pointed a gun at the employees, but was unable to gain entry into the business and he fled on foot. A perimeter was set, and K9 responded along with Hillsborough County Sheriff's air unit but the suspect was not found. Forensic responded to process the scene. Hillsborough County Sheriff's Office advised they had a Robbery with a similar MO off Bruce B Downs at a pizza restaurant.

At approximately 0630 hours, day shift and night shift Yankee responded to CVS for a robbery call. A masked suspect came into the store and demanded money from the cash register. The suspect had what appeared to be a short barrel revolver. After receiving money from the register, the suspect departed in a west bound direction on foot. A perimeter was established and K9 and the air unit were called out. Other units from the agency also responded, to include D1 and D3 patrol and detectives, Warrants, Ag Unit, Motors, and Major Crimes. Prior to K9, Air, and some of the other units arriving on scene, another armed robbery (see below at Circle K/Mobile) with the same suspect description occurred west of the CVS, so resources were deployed to that location.
At approximately 0753 hours, multiple units mentioned above were deployed to Circle K/Mobil for a robbery call with the same suspect description/MO as above incident at CVS. The suspect ran out of the store in an east bound direction and got into a small blue vehicle and fled the scene. The multiple units were deployed to various intersections to BOLO for the vehicle, but the vehicle was not observed. The multiple units were then deployed to conduct extensive neighborhood/business checks in order to locate potential witnesses and video. The FBI responded to the scene.

MCU arrested four suspects the night of the robberies due to the concentrated/coordinated efforts of all the units who responded to the scene. This includes members from other districts. Responding supervisors should remember there is no longer a restriction on who they request to be deployed to assist in emerging crimes. If units need to be pulled from other districts to assist, it should be done without resistance.


**Auto Burglaries/Grand Theft Autos - Y5**

On 10/07/15 the District 2 STAR Team conducted proactive surveillance in the Wesley Chapel area in reference to an emerging crime trend of auto burglaries and auto thefts from the area. At approximately 0235 hours, STAR Team members observed people in three vehicles committing burglaries in the Northwood Palms subdivision. When STAR attempted to conduct a traffic stop on the vehicles, they fled, so STAR pursued them. Eventually, STAR was only able to stay with one of the vehicles as they began to separate. The vehicle was pursued into Hillsborough and Pinellas Counties where the vehicle eventually wrecked and the driver was arrested unharmed. The D2 lieutenant monitored the entire pursuit and responded to St. Petersburg to help coordinate efforts. A subject was arrested on multiple burglary charges, vehicle theft, aggravated fleeing to elude, and aggravated assault on a law enforcement officer as he attempted to strike a deputy with his vehicle while fleeing. Through this case, the STAR Team was able to clear at least 10 cases with this arrest.

**Auto Burglaries – Y5**
On 10/07/15 at approximately 0515 hours, third and first shift along with K-9 and Air responded to Lexington Oaks after a citizen reported a burglary in progress. The first unit arriving went to the reporting person's location to obtain suspect information, while the next unit went to the Lexington Oaks exit, to stop all traffic leaving the subdivision. While each vehicle was checked leaving Lexington Oaks for the suspects, other responding units set up perimeter, awaiting K9's arrival. K9 Deputy Lennox was able to establish a track and apprehended three black males who were all from East Tampa.

Multiple PCU2 units responded to assist, and the three suspects were arrested for 18 auto burglaries and one grand theft auto, as the vehicle the suspects had arrived on scene in was stolen from Tampa.

# Section 8:  ILP: In Their Own Words

The information below is presented from the perspective of an actual patrol deputy who has proven to effectively utilize the practices, tactics and tools of Intelligence-Led Policing.

- *Make contact with convenience store clerks. They are a great source of Intel and the bad guys talk freely in front of them. If you have a good rapport with the clerks, they give you good info. They tell me what vehicles bad guys are riding in and who they are hanging with.*
- *Treat everyone you come in contact with respect, especially the ones you're arresting. I have numerous subjects I have arrested multiple times, that still give me good Intel, because I treat them with respect and don't demean them. I treat them the way I would like to be treated if I was being arrested, unless they are giving me a reason to treat them differently, at which point I let them know who's in control of the situation.*
- *Work people that hang out together. When you find there is a riff between subjects, especially subjects dating, use that time to your advantage. Angry girlfriends or boyfriends will give all kinds of info about what the other is doing when they're fighting.*
- *Talk with residents in problem areas, they see all that goes on but rarely call in the info. I provide my S.O. email address and ask them to send me tag numbers of vehicles and updates of issues they see going on. I also provide them the S.O. website info and how to send in tips. Taking a few minutes to go back and talk with neighbors afterwards goes a long way with them, and shows you care about what they are telling you, which usually results in better info from them.*
- *During traffic stops, if it's not a criminal citation, I use verbal or written warnings whenever feasible. If it is an arrestable offense, I'll let them sweat the thought of going to jail, and when they ask if they're going to jail, I tell them there's a good possibility, but let me see what I can do. I'll then try getting a conversation going with them to see what kind of Intel I can pull from them, I find that if you are vague with what info you're looking for at first, they'll usually start providing detailed info, and then let them run with it. Listening to them is key, if you interrupt too much, you'll lose the conversation. I'll then tell them that due to them being so helpful, I'm just going to write them a citation with a court date instead of taking them to jail.*
- *Run tags! I'll sit across from the convenience stores where I know my offenders in the area tend to hang out. I run tag numbers to see who is driving and if they're legal. It also lets me know who the subjects are, so when I have contact with them elsewhere, I call them by name. I find knowing subjects before you have contact with them, and then calling them by name when you have contact, confuses them, but gives me the upper hand. Then when I start conversing with them, they don't know what I already know, and during the conversation, I let them run on. I find the less I talk with them and just listen and acknowledge them, the more info they end up giving me without even knowing they're giving it.*
- *As with any dealings with offenders, they're going to lie. I let them lie to me, even when I know they are, and let them think they're getting one over on me. When I talk with other subjects about the same dealings, I pull the good Intel and do my best to separate the lies from the truth. I'll keep the lies they tell me in mind, and use it against them when it helps my cause, which then usually results in better Intel.*
- *Finally, the main thing I tell subjects, especially the offenders providing info, is that I will never put their name in a report or tell anyone they gave me info, unless I am ordered by court. I don't tell zone partners who gave me the info or tell other offenders that so and so told me this or that. I continue to get good info because the subjects know they are going to remain anonymous. It takes some time to develop that kind of rapport, especially with offenders, but once they know you're*

*not telling where the info came from, they'll start calling and giving info on their own. I get a lot of phone messages with subjects wanting to tell me things that are going on.*

# Section 9: Key Terms and Definitions

## Hot Spot

A group of similar crimes committed by one or more individuals at locations within close proximity to one another.

Examples: Eight daytime burglaries over the past four weeks at a suburban residential subdivision, with no notable similarities in method of entry or known suspects; ten commercial burglaries over the course of three weeks at businesses located within a half-mile radius during overnight hours.

## Information

Information is raw data; it could be an item obtained from a newspaper report, a statement made by a confidential informant, or simply an observation made by a deputy during a traffic stop. In and of itself, it is rare that action can or should be taken on raw, unevaluated information on its own.

## Intelligence

Information that has been analyzed becomes intelligence. The process that turns raw information into something useful is analysis; the product is intelligence. Information+Analysis = Intelligence.

## Pattern

A crime pattern is a group of two or more crimes reported to or discovered by law enforcement that are unique because they meet each of the following conditions:

- They share at least one commonality in the type of crime; behavior of the offenders or victims; characteristics of the offender(s), victims, or targets; property taken; or the locations of occurrence;
- There is no known relationship between victim(s) and offender(s) (i.e., stranger-on-stranger crime);
- The shared commonalities make the set of crimes notable and distinct from other criminal activity occurring within the same general date range;
- The criminal activity is typically of limited duration, ranging from weeks to months in length; and
- The set of related crimes is treated as one unit of analysis and is addressed through focused police efforts and tactics."

## Series

A group of similar crimes thought to be committed by the same individual or group of individuals acting in concert.

Examples: Four commercial arsons citywide in which a black male, between the ages of 45-50, wearing yellow sweatpants, a black hooded sweatshirt and a yellow "Yankees" cap, was

observed leaving the commercial structures immediately after the fire alarm was triggered; five home invasion-style robberies involving two to three white males in their 20s wearing stockings over their faces, displaying a silver, double-barreled shotgun, and driving a red 1980s Pontiac Trans Am.

**Spree**
A specific type of series characterized by high frequency of criminal activity within a remarkably short time frame, to the extent that the activity appears almost continuous.
Examples: A rash of thefts from auto at a parking garage over the course of one hour; multiple apartments in a high-rise building burglarized during daytime hours on a single day.

**Trend**
A trend is a persistent, long-term rise or fall in data based on time and indicates a direction. Crime trend information can be useful in alerting us to increases and decreases in levels of activity. However, since crime trend analysis does not examine shared similarities between specific crime incidents, a crime trend is not a crime pattern.

# References

Boba, R. (2009). Crime analysis with crime mapping. Thousand Oaks, CA: Sage.

Boba, R., & Crank, J. (2008). Institutionalizing problem-oriented policing: Rethinking problem identification, analysis, and accountability. Police Practice and Research, 9 (5), 379-393.

Carter, P. (2009). Law enforcement intelligence: A guide for state, local, and tribal law enforcement agencies, second edition. Washington DC: U.S. Department of Justice, Office of Community Oriented Policing Services.

Center for Problem-Oriented Policing. A Theory of Crime Problems. 1994. 22 September 2015 <http://www.popcenter.org/learning/pam/help/theory.cfm#banner>.

Center for Problem Crowe, Timothy D. Crime Prevention Through Environmental Design (CPTED). Woburn, MA: Buttterworth-Heinemann, 1999.
Oriented Policing (www.popcenter.org)

Eck, J., Chainey, S., Cameron, J., Leitner, M., & Wilson, R. (2005). Mapping crime: Understanding hotspots. Washington, DC: U.S. Department of Justice, National Institute of Justice.

Federal Bureau of Investigation. (2013). *Intelligence Cycle*. Retrieved 2013, from FBI.Gov: http://www.fbi.gov/about-us/intelligence/intelligence-cycle

Fox, A., Novak, K., McHale, J. (2015). Using Social Network Analysis to Guide Law Enforcement Strategies. Translational Criminology, Fall 2015, 6-8.

"Having an Impact on Crime." Ratcliffe, Jerry. Intelligence Led Policing. NY: Routledge, 2008. 166-172.

National Counter Terrorism Center. (2004). *Intelligence Reform and Terrorism Prevention Act of 2004.* Retrieved 2013, from nctc.gov/docs/pl108_458.pdf: nctc.gov/docs/pl108_458.pdf

Ratcliffe, J. (2008). *Intelligence-Led Policing.* Portland: Willan Publishing.

US Department of Justice. (2003). *National Criminal Intelligence Sharing Plan.* Washington, DC: Government Printing Office.

## Additional Readings

Reducing Crimes through Intelligence Led Policing by Bureau of Justice Assistance
https://www.ncirc.gov/documents/public/reducing_crime_through_ilp.pdf

Policing Problem Places: Crime Hot Spots and Effective Prevention by Anthony Braga and David Weisburg.

Implementing Responses to Problems (USDOJ COPS publication http://ric-zai-inc.com/ric.php?page=detail&id=COPS-P131)

Crime Prevention Research Review Police Enforcement Strategies to Prevent Crime in Hot Spot Areas (USDOJ COPS publication http://ric-zai-inc.com/ric.php?page=detail&id=COPS-P140)

Problem-Solving Tips: A Guide to Reducing Crime and Disorder through Problem-Solving Partnerships (USDOJ COPS publication http://ric-zai-inc.com/ric.php?page=detail&id=COPS-P019)

**Addendum**

**Strategic Targeted Area Response (STAR) Team Manual**

**Introduction**
The Strategic Targeted Area Response (STAR) Team was created as an important part of the agency's crime fighting strategy. For the STAR Team to be successful, the principles that guide the STAR Team's thinking and actions must be clear. This manual was developed to eliminate any confusion regarding the STAR Team's mission, objectives, strategies, expectations and overall philosophy.

**Mission, Objectives and Expectations**
The Strategic Targeted Area Response Team is dedicated to reducing the top 4 UCR crimes in the district, with particular emphasis inside the STAR box and the immediate surrounding area.

As a result, there is an expectation that the STAR Team will spend 50% of their time working inside the STAR box (and the immediate surrounding area). The team will utilize various strategies while operating within the STAR box. All strategies must be centered on the following three objectives:
- Prevent crime (with particular emphasis on the Big 4)
- Reduce the public's fear of crime (with particular emphasis on the Big 4)
- Solve crime (with particular emphasis on the Big 4)

The 50% time reference is not a meaningless percentage designed to promote meaningless activity. Instead, this expectation was created to enhance accountability to ensure our STAR Teams are focusing their efforts where those efforts are most needed. The goal is effectiveness, not busy work.

STAR Team members must engage all available resources to assist them in accomplishing their mission and objectives.

**Strategic Focus**

The STAR Team is expected to actively work with other PSO members (particularly ACE and ILP) and outside agencies to identify and target prolific offenders. They will also assist in responding to emerging crime patterns and trends. They will regularly develop missions to target the "Top 5" and "Target of the month." Due to the fact that 6% of the criminals commit 60% of the crime, targeting prolific offenders should be an important part of daily crime fighting strategies.

In instances where these missions cause STAR Team members to leave the STAR box, they will check out "Signal 15" and document the top 5, target of the month, and/or emerging crime trend/location they are working on. Occasionally, STAR Team members will assist other Districts with EAPs and special missions. All the above listed activities outside the STAR box will dominate the remaining 50% of the STAR Team's time.

**Assignments outside scope of regular duty**

STAR Units are not the "Fugitive Apprehension Squad" for Property Crimes. However, they can assist with picking up prolific offenders when detectives develop Probable Cause to make an arrest.

**Tip Procedures**

STAR Units will not be assigned random tips/complaints outside the STAR box. However, STAR members should expect that tips outside the STAR box related to the STAR box will be assigned for investigation and clearance. Regardless of the nature of the tip, STAR Team members will act on the tip with an emphasis on preventing and solving Big 4 Crimes.

**Tip Protocol**

STAR Team members are encouraged to access the tip management database for investigative purposes. STAR Team members may conduct a search on tips based on any key word that is listed in the original tip. For example, a search can be performed on the keyword "Spider" and the system will populate all tips where the word spider was mentioned in any way.

STAR Team members will interact with members of the community (to include arrestees, suspects, victims, and witnesses) with a strategic focus on developing actionable intelligence, with particular emphasis on Big 4 crimes inside and around the STAR box area.
An example of this type of information would include information received from a citizen about potential offenders of certain crimes in an area, etc.

When appropriate, STAR Team members will document this information via a tip submission. Once tips are submitted, the ILP Section will analyze the tip and the data will be stored in a database for future use. If the tip has current investigative value or relates to a specific investigation, it will be forwarded to the appropriate unit for follow up. The district secretaries, the ILP Section Tip Manager and the Narcotics Section Tip Manager all have access rights to

close tips and it is important that each tip is properly closed when it is no longer immediately actionable.

Tip submissions are only one way to become engaged in Intelligence-Led Policing and the emphasis should remain on quality, not quantity. Tips should not be submitted in place of an incident report or in addition to an FIR. When possible, submitted tips should contain actionable information that can be analyzed to make arrests or prevent crimes. STAR Team members should not use the tip program as a replacement for taking immediate action or completing an offense incident report.

Example of a Good Tip:
"While conducting an enhanced neighborhood check at 123 Elm Street, the resident, James Smith, told me that his neighbor at 125 Elm Street, John Jones, approx age 35, has been bragging about all the stolen Ipads he has. Smith said Jones has even offered to sell him some Ipads a few months ago."

Example of a tip with little value:
"An anonymous subject approached me at 7-11 at Moog and US 19 and told me that a guy named Tommy is dealing drugs in the area."

**STAR "Box"**
The STAR box is developed using crime statistics and hot spot trends and patterns to help identify the area within a specific district that is experiencing consistent, heightened top four UCR crimes (aka Big 4 - robbery, burglary, auto burglary and auto theft). The STAR box area is targeted because crime is persistently dense in this area over an extended period of time. Generally, the STAR box area accounts for 20%-25% of the total amount of Big 4 crimes occurring in our district. The data utilized to determine the STAR Box location is re-evaluated every 90 days to ensure the STAR Team's efforts are consistently focused in the areas that need it most.

**Pro-arrest Philosophy**
When operating in the STAR Box, our philosophy will be pro-arrest in nearly every situation where probable cause exists and will strategically support the mission. Decisions to arrest for crimes not part of the mission will be made on an individual basis.

**Assisting Patrol**
STAR Team members will assist with major events and significant calls for service throughout the district, when needed. This does not apply to standard calls for service. When STAR Team members assist patrol on a call for service, there needs to be exigent circumstances to justify this departure from their primary mission. Immediate officer safety related calls and crimes in progress where STAR Units are close by are examples of calls for service where it is appropriate to assist.

**Crime Experts**

To be effective in your mission and objectives, STAR Team members are expected to know and understand what criminal activity is occurring in the STAR box, with particular emphasis on Big 4 crimes and emerging crime trends. They are also be expected to understand any emerging crime trends occurring outside the STAR box that may impact the STAR box.

STAR Team members should learn as much as possible about prolific offenders, TOP 5, the Target of the Month, (both inside and outside the STAR box, with particular emphasis inside the STAR box) to include their acquaintances, vehicles owned/used, locations frequented, previous M.O. for offenses, etc. Knowledge and understanding of these issues will drive strategies and all activities. There are several ways to obtain this crucial information:

- Review and engage ILP's weekly "Actionable Intelligence" document to understand the issues in our district, with particular emphasis and examination of the Big 4 crimes inside the STAR box. Big 4 crime trends occurring outside the STAR box should also be examined thoroughly.
- Learn and regularly use the Crimereports.com website to assess real time stats regarding STAR Box criminal activity and district wide crime trends.
- Engage ACE, Platoon Commanders, Sergeants, community leaders and others to gain a better understand of the issues within the STAR box.

STAR Team members will use the above noted resources to regularly identify potential prolific offenders that our members need to target. STAR Team members will forward this information up the chain with an explanation as to why the person(s) should be targeted. These individuals will be further vetted by ILP prior to being added to the target list (TOP 5 or Target of the Month).

As STAR Team members examine crime trends, it is important to ask strategic questions to help truly understand the crime problem and the best possible solutions to the problem. STAR Team members should ask:

- "Why is it happening here and not somewhere else?"
- "How long has it been happening and why did it start?"
- "Will the problem recur or return once law enforcement leaves?"

When conducting an analysis, it is essential to clearly and concisely communicate your efforts to other stakeholders to avoid unnecessary duplication of efforts.

**Effective Communication**

Inter-agency and intra-agency communication is a crucial component of the Pasco Sheriff's Office ILP Model. The elimination of "information silos" is an important first step. "Information silo" is a term that refers to people or groups who are incapable of sharing important information. Information silos are counter-productive to ILP and in stark contrast to our operational approach of "We fight as one."

Therefore, it is incumbent for STAR Team members to make a concerted effort to share information regularly with members of other units as part of a formal and informal process. This sharing, at a minimum, should include informative emails to ILP, ACE, PCU, School Resource

Officers and Platoon Commanders to encourage partnership and avoid unnecessary duplication of efforts.

**Effective Communication with ILP Analysts**
This issue is of such extreme importance that it deserves special emphasis. The Pasco Sheriff's Office Criminal Intelligence Analysts are tasked with gathering, analyzing, and interpreting data from a wide array of internal and external sources to create tactical, strategic and operational intelligence products that meet both current and long term planning needs.

Districts will always have at least one criminal intelligence analyst assigned to assist in crime fighting efforts. STAR Team members are encouraged to communicate, share pertinent information and develop a dialogue directly with our criminal intelligence analyst to gain and provide situational awareness for the STAR area and/or emerging crime trend(s).

**Attendance at AIM (Actionable Intelligence Meetings)**
STAR Team members will attend and actively participate in weekly Actionable Intelligence Meetings. The weekly AIM is comprised of at least one representative from every section in the agency. This is by design and is intended to include areas that might not appear (on the surface) to have a role in such a meeting. This includes Court Services, Court Process, Child Protective Investigations, Forensics and School Resource.

These areas can contribute a wealth of valuable information generated from their unique area of operation. Department of Juvenile Justice, Probation and Parole, other state agencies, and law enforcement agencies within and surrounding Pasco County will also be encouraged to attend.

The focus of AIM is on hot spots, trends, prolific offenders, and information sharing. It also serves as de-confliction between units who unknowingly may be working the same target. Each meeting is based on crimes affecting our district.

The intelligence analysts will begin each meeting with offender and trend data for the area in question. Attendees weigh in on the information presented. While this meeting is moderated by a supervisor, it is not a roll call style meeting. It is intended to provide a free flow of information.

In addition to the inherent information sharing, the meetings also serve to eliminate the aforementioned "information silos." With obvious exceptions, all units are required to share the persons and areas of focus to allow for a holistic approach to solving their problems. In other words, we seek to integrate an "all crimes" approach to every case. For example, rather than working a drug dealer for drugs only, we would seek to integrate Economic Crimes, Property Crimes and Major Crimes, when possible, to explore other crimes that may be related to the suspect's drug involvement.

**AIM Expectations**
STAR Team members should prepare to share and seek information related to their mission, goals and objectives. This includes information related to criminal activity within the STAR

Box, identification of prolific offenders, identification of crime trends, TOP 5, Target of the Month and pending investigations and/or persons of interest.

**Strategic Partnerships**
STAR Team members will be expected to attend select community meetings in the STAR box and participate in select meetings with other PSO members and outside agency members to nurture strategic relationships. STAR Team members must understand that these strategic relationships will greatly enhance their ability to accomplish their mission. These outside agencies include, but are not limited to, the following:

- Municipal Law enforcement agencies inside and adjacent to Pasco County.
- Area Sheriff's Offices
- Parole and Probation
- Juvenile Justice (Probation)
- Code Enforcement
- ATF (gun related charges), ICE and other federal agencies
- Alcohol, Beverage and Tobacco
- HOA and other community organizations (in and related to the STAR Box)
- County Attorney
- Building Officials

STAR Team members must explore how these strategic relationships can enhance their crime fighting efforts. For instance, Parole and Probation has the ability to control the actions of prolific offenders under their supervision. Therefore, STAR Team members should regularly consult and plan missions related to probation checks for individuals who reside inside the STAR box. Special attention must be given to foster this relationship.

**Strategic Practices**
Star Team members can and will be creative and flexible in their strategic activities. In addition to what has already been described, the STAR Team will utilize various strategies to accomplish their mission and objectives. This includes, but is not limited to, the following activities:

- Strategic, directed patrol in the STAR box in a marked unit. Traffic stops and citizen contacts should be driven by a desire to prevent crime, reduce the public's fear of crime and solving crime, with particular emphasis on the Big 4.
- Strategic directed patrol and surveillance in unmarked units. Traffic stops and citizen contacts should be driven by a desire to prevent crime, reduce the public's fear of crime and solve crime, with particular emphasis on the Big 4.
- Targeted knock and talks (with emphasis on identifying and targeting Big 4 offenders, even if the location is narcotics related).
- Request a list of recent Big 4 cases in the STAR box that have been recently inactivated. Review cases and consider strategies to develop leads. This will likely include enhanced neighborhood checks. Pathways to and from the incident location should be thoroughly examined for surveillance cameras and other leads that may have been overlooked during the initial LEO response.

- Regularly obtaining lists of active JPOs in and around the STAR box (priority given to Big 4 offenders). Serve the JPOs and plan sweeps when appropriate.
- Regularly searching for and executing warrants in and around the STAR box (priority given to Big 4 offenders).
- STAR Team members have flexibility in regards to vehicles used, uniforms worn (PSO related or dressed down, when appropriate) and resources needed. Be creative as you pursue effectiveness. Some of your strategies will involve trial and error, which is acceptable and expected.
- Consider utilizing strategies that involve resources that are not readily available. We can explore ways to obtain and/or borrow needed resources, if necessary. For instance, if we are having problems with vehicle thefts, consider taking steps to find and utilize a bait car with a kill switch.
- Check BWI and research top pawners. Many of these people live in the STAR Box and are solid targets. Top pawners who live outside the STAR Box can be documented in an ILP tip for follow up by ACE or others.
- Identify adults on probation in the STAR box (with particular emphasis on Big 4 offenders). Conduct probation checks (in cooperation with Parole and Probation) to ensure compliance and strict accountability.
- Identify juveniles on probation in the STAR box (with particular emphasis on Big 4 offenders). Conduct probation checks (in cooperation with JPOs) to ensure compliance and strict accountability.
- STAR Team members should consider using strategic trash pulls on narcotics related residences located in the STAR box. The emphasis should always be to use our response to narcotics and other criminal activity with a clear motivation and focus on obtaining BIG 4 information as we address the other issues.
- Utilize County Ordinance citations as a strategic tool to target prolific offenders and problem locations within the STAR box. Coordinate missions with Cpl. Art Madden and Code Enforcement to conduct STAR box Code Enforcement blitzes.
- Explore utilizing Nuisance Abatement and Minimal Housing standards to target prolific offenders and problem locations within the STAR box. This will require active cooperation with the County Attorney and Building Officials.

Again, the examples listed above have been provided to model practical strategies that show how the principles explained in this document can be put into practice. Over time, we will add to this list as we explore and discover effective crime fighting strategies.

**Crime Prevention**
A key component of ILP is our agency's effort to reduce and prevent crime from occurring. An important aspect of preventing crime is to provide information to citizens and businesses through a variety of means to create awareness. The goal is to cause self-induced behavior modification to make them less likely to become victims of crime, thus effectively reducing incidents of crime.

Law enforcement agencies have long known the benefits of keeping the public informed about the state of crime in their community, and what LEOs are doing about it. This has historically been conducted via face-to-face meetings with individual citizens or citizen groups.

Modern technology has also increased the capabilities available to law enforcement agencies to educate the public about crime prevention. STAR Team members should consider various ways to disseminate crime prevention information with the goal of creating citizen awareness via the following techniques:

- Online resources such as websites, email distribution groups, social media accounts such as PSO Facebook, PSO Twitter, PSO Pinterest, PSO Instagram and PSO YouTube; PSO cell phone apps., etc.
- Handouts, flyers, door hangers, etc.
- Publicity campaigns such as "Keep What's Yours", Shoplifting PSAs, Don't Drink and Drive.

**Crime Prevention Strategies**

Identifying crime patterns and working to disrupt those patterns though public awareness efforts can occur in many forms. As STAR Team members make contact with citizens and community leaders in the STAR box, they must learn and participate in crime prevention strategies. STAR Team members must understand and take an active role in using crime prevention principles to educate citizens and businesses on how to avoid being a crime target.

Among other benchmarks already listed, the STAR Team's effectiveness will be measured by their engagement in effective crime prevention strategies.

During citizen contacts, community meetings and enhanced neighborhood checks, STAR Team members will utilize crime prevention methods to inform residents of emerging crime trends in their area. STAR Team members will offer tips to these citizens on how they can avoid being victimized (i.e. locking vehicle and home doors, closing unattended garage doors, installing motion lights, installing surveillance cameras, encourage citizens to park in their driveway close to the home, encouraging proper landscape maintenance to discourage concealment opportunities, etc.).

To assist in implementing effective crime prevention strategies, consider the following:

- Examine criminal trends and try to determine what opportunity the criminal is exploiting and plan prevention efforts accordingly. Crime patterns will generally relate to an "offender, place, or victim" problem.
- If it is an offender problem and there are no commonalities among the victims, pursue opportunities to strategically patrol the area during opportune times, visit prolific offenders, etc.
- If it is a place problem, try to identify what about the place is attracting crime and take appropriate measures. For example, if there are numerous foreclosed houses in the area in disrepair, work with Code Enforcement to address. Determine if the crimes are occurring along frequently traveled routes that criminal may use and determine if there are opportunities to alter or impact these paths.

- If it is a victim problem, consider marketing campaigns directed at the residents/businesses outlining what they can do to mitigate their potential for victimization. Examples include flyers (or other crime prevention literature), electronic signage, community meetings, newsletters, etc.
- Always be sure to have a coordinated effort that is approved by your District Commander to guard against duplication of efforts.

**Daily Reports**

The STAR Team Corporal (or designee) will provide the Property Crimes Sergeant, District Investigative Lieutenant, and Captain with a daily email documenting the STAR Team's activity for the day. This report is not intended to simply document arrests or other law enforcement activity. Although this activity is important and should be documented, the reason behind the activity should also be included. In summary, this report should be written in a way that clearly reveals the STAR Team's activity is based upon the principles contained in this manual. This report will be also added to morning report at the conclusion of every shift.