UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER SQUITIERI,

    Plaintiff,

    v.                            Case No.: 8:19-cv-906-KKM-AAS

CHRISTOPHER NOCCO et al.,

    Defendant.
_____/

## ORDER

Defendants move for attorneys fees and costs. (Doc. 227). Plaintiff's counsel John McGuire and Luke Lirot respond in partial opposition. (Doc. 229).

In responding to Defendants' motion, Attorneys McGuire and Lirot "request the ability to provide additional evidence of 'financial ability'" to mitigate any fee award greater than $20,000. (*Id.* at 18). The Eleventh Circuit has held district courts "must consider financial ability" when awarding sanctions under Federal Rule of Civil Procedure 11. *Baker v. Alderman*, 158 F.3d 516, 529 (11th Cir. 1998). To that end, Attorneys McGuire and Lirot may have until **September 16, 2022** to provide "financial affidavits sufficient to permit consideration of financial ability" to pay Defendants' requested sanctions by Defendants. *Id.*

2

Attorneys McGuire and Lirot may file the financial affidavits under seal upon filing a motion containing the information required by Rule 1.11(b).

**ORDERED** in Tampa, Florida on August 30, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge